"To become the highest occupancy economy motel in the Atlanta metro area within the first five years through our commitment to creativity and resourceful ingenuity."

# LEXICON HOSPITALITY, LLC

A group of investors from Bangladesh and China were interested in the hospitality industry in the United States and sought an experienced leader in the industry who was already familiar with the market. The investors determined Sadrul Amin possessed the knowledge, talent and skill needed for their venture. Together they formed Lexicon Hospitality, LLC in 2010. From its inception, the company's strategy was to become a leader in the economy hotel business in the

## OUR PARTNERS



## OUR VISION

"We continue to be committed to our foundational goals and values of creativity and resourceful ingenuity. Through best business practices and operations, we will solidify Lexicon Hospitality as a leader in the industry."

**— Sadrul Amin**
President
Lexicon Hospitality, LLC

## OUR GALLERY








studio6-3          microtel-3          model6-2          model6-3

CONTACT US

**Envato**
2360 DELK ROAD, MARIETTA
GA 30067

770.952.8161

info@lexiconhospitality.com (mailto:#)

LINKS

Home (http://lexicon-hospitality.com/)
Lexicon Hospitality (http://lexicon-hospitality.com/lexicon-hospitality/)
Gallery (http://lexicon-hospitality.com/gallery/)
Contact (http://lexicon-hospitality.com/contact/)

NEWSLETTER

**Subscribe**

SOCIAL MEDIA



© 2017 Lexicon Merchandise (http://www.lexiconbd.org). All rights reserved.

# LEXICON HOSPITALITY



A group of investors from Bangladesh and China were interested in the hospitality industry in the United States and sought an experienced leader in the industry who was already familiar with the market. The investors determined Sadrul Amin possessed the knowledge, talent and skill needed for their venture. Together they formed Lexicon Hospitality, LLC in 2010. From its inception, the company's strategy was to become a leader in the economy hotel business in the United States through applying "best practices" and excellence in leadership.

In 2011, Atlanta, Ga.'s real estate market values were favorable for buyers. Lexicon began with the vision to grow the reach of the company through acquisitions of existing properties. Soon after its incorporation, Lexicon purchased a Travelodge in



Atlanta, Ga., as well as a Motel 6 and a Studio 6 both located in the Atlanta suburban community of Marietta. Soon after the

purchase, profi tability of the acquired properties improved. As sales revenues grew, Lexicon reinvested approximately $3 million to improve all three properties. Over the next 48 months each of the physical properties were transformed to support the company's values and commitment to excellence in hotel hospitality. In February 2015, Lexicon closed on the purchase of Microtel in Cartersville, Ga., one of the northern-most suburban communities of Atlanta.



Since its inception the stated mission of Lexicon has been: "to lead Lexicon to become the highest occupancy economy motel in the Atlanta metro area within the next fi ve years through our commitment to creativity and resourceful ingenuity."

Under the leadership of Amin, the properties have flourished and each of the key performance indicators for all of its properties has dramatically improved in less than fi ve years. Average occupancy, average daily rate and revenue per available room for each of the four locations have steadily grown under the management of Amin and his staff. The STAR Report, the world's foremost source of historical data and performance rating for the hotel industry, has already shown Lexicon properties as leaders in the economy hotel market in the metro Atlanta area.

On its surface, Lexicon's rapid rise to the top of the economy hotel market might appear to be an overnight success. With closer scrutiny, it is clear that Lexicon's success is the direct by-product of Amin's application of 20 years of knowledge,



expertise and skills previously mastered in the hospitality industry.

## CONTACT US

**Envato**
2360 DELK ROAD, MARIETTA
GA 30067

770.952.8161

info@lexiconhospitality.com (mailto:#)

## LINKS

Home (http://lexicon-hospitality.com/)
Lexicon Hospitality (http://lexicon-hospitality.com/lexicon-hospitality/)
Gallery (http://lexicon-hospitality.com/gallery/)
Contact (http://lexicon-hospitality.com/contact/)

## NEWSLETTER

**Subscribe**

## SOCIAL MEDIA



© 2017 Lexicon Merchandise (http://www.lexiconbd.org). All rights reserved.

# LEADERSHIP



**Education**
B.S. Marketing
Stockton State College
Pomona, NJ, USA

**Corporate Training:**
Hilton Program
Motel 6 Program
Served as Trainer for Motel 6 GMs

**Mohammed Sadrul Amin — President**

Amin's experience in the hospitality industry spans more than 25 years. His career began at the Hilton Casino in Atlantic City, N.J. He has managed properties in South Carolina, North Carolina, Tennessee, Alabama and Georgia, spending the majority of his career with Accor North America, the worldwide leader of hotel operators. Amin has

managed up to 40 properties at one time. Through his wide range of experience and desire to improve the hotel guest experience, he has developed an astute business acumen for the industry.As a recognized leader, Amin was selected as a corporate mentor for the General Manager Leadership Team, whose focus was in the area of preventative maintenance efficiency. He worked in collaboration with PhD students from the Georgia Technical Institute to define and document algorithms that provided forecasts to formulate a successful PM program. In 1999, Mr.Amin developed a plan for Motel 6 that ultimately launched the Studio 6 chain as an extended-stay spin-off for Motel 6. He was the first operator of this pilot project which achieved six months of 100 percent occupancy. The success of his vision has resulted in the growth of the Studio 6 chain to more than 450 properties nationwide.Through Amin's mentoring, Lexicon has created a culture that identifies individual talent, drive and dedication to cultivate team members for future management opportunities. This ability to see potential in others and consistently produce competent, skilled leaders is a vital asset and a core value of the Lexicon Hospitality brand.

To successfully grow the fixed assets and human resources of Lexicon Hospitality, Amin employs many of his skills, including a keen sense of financial management, creation of capital growth strategies, revenue and profit growth development, strategic market planning and positioning, project management, human resource management, renovation and re-engineering, quality control and the management of multi-unit facilities.



**Joy Golden — Business Manager**

Joy Golden serves as the business manager and brings more than a decade of hospitality management experience to Lexicon Hospitality. Her experience ranges from managing economy/budget and midscale properties to private resorts. Golden plays a vital role in Lexicon, and she is skilled at a broad range of responsibilities that benefi t the effi ciency and profi tability of Lexicon. Through her leadership experience she has honed her skills in administration, operations, oversight of renovations, sales and marketing, and human resources.

## CONTACT US

**Envato**
2360 DELK ROAD, MARIETTA
GA 30067

770.952.8161

info@lexiconhospitality.com (mailto:#)

## LINKS

Home (http://lexicon-hospitality.com/)

Lexicon Hospitality (http://lexicon-hospitality.com/lexicon-hospitality/)

Gallery (http://lexicon-hospitality.com/gallery/)

Contact (http://lexicon-hospitality.com/contact/)

## NEWSLETTER



**Subscribe**

## SOCIAL MEDIA

© 2017 Lexicon Merchandise (http://www.lexiconbd.org). All rights reserved.

# CHARTER INVESTORS



**Zhu Ge**

Mr. Ge is the managing partner and director of Dallian Latex Co., Ltd. in Ningbo, China, a company that distributes products worldwide, with marketing and administration offi ces in various countries. Manufacturing plants span across eastern and southern Asia, (with operations of approximately 200,000 square meters). Dallian produces latex products including transfusion tubes, surgical gloves, examination gloves, industrial gloves and a range of other products. Ge also serves as a director of Lexicon Hospitality, LLC.

## CONTACT US

**Envato**
2360 DELK ROAD, MARIETTA
GA 30067

770.952.8161

info@lexiconhospitality.com (mailto:#)

## LINKS

Home (http://lexicon-hospitality.com/)
Lexicon Hospitality (http://lexicon-hospitality.com/lexicon-hospitality/)
Gallery (http://lexicon-hospitality.com/gallery/)
Contact (http://lexicon-hospitality.com/contact/)

## NEWSLETTER

**Subscribe**

## SOCIAL MEDIA



© 2017 Lexicon Merchandise (http://www.lexiconbd.org). All rights reserved.

# POSITIONED FOR GROWTH



Through the strategic implementation of his plan for each facet of the business, Amin and his team have made remarkable strides toward their goal to build a signifi cant economy hotel business. Amin currently leads his team in the management of the four Lexicon properties. Revenues for Lexicon grew from $3.5 million to more than $6 million in just four years. Lexicon Hospitality is poised for growth and continues to evaluate growth opportunities through plans to diversify their holdings and soon expand to full-service luxury hotels. The Lexicon infrastructure offers a proven record and operation methodologies for more efficient management of properties and staff. Amin has created a strong team at Lexicon Hospitality, positioning the organization for future growth.

The larger and most iconic hotels in Atlanta are seeing strong performance as a result of conventions and tourism. Key hotel metrics (occupancy, average daily rates and revenue per available room) are all trending upward. These inner-city properties serve as an indicator to the suburban markets. Mark Woodworth, Senior Managing Director of PKF Hospitality

Research says, "As that continues to perform well, it suggests very positive things for the outlying submarkets around the city." This is good news for Lexicon as potential properties are considered as part of the company's next phase of growth.

The  evaluation process for future investments by Lexicon is rigorous. Independent studies by industry leaders, such as STR, publisher of The STAR Report, are first reviewed. Lexicon evaluates the past and current performance of the hotel. Amin and his team also do an independent review of the key performance indicators, conduct a thorough inspection of the property and evaluate the demographics and accessibility of the location before ordering a formal real estate appraisal. Environmental studies are conducted as well as attorney due diligence. Next, a plan is developed to determine what is needed for increasing the key performance indicators. Budgets are developed and projections are formulated. With each step in the process the Lexicon team weighs the potential return on investment to mitigate risks of the company's investment. Once these steps have been taken, investors are advised of the proposed acquisition for their review.

## CONTACT US

**Envato**
2360 DELK ROAD, MARIETTA
GA 30067

770.952.8161

info@lexiconhospitality.com (mailto:#)

## LINKS

Home (http://lexicon-hospitality.com/)
Lexicon Hospitality (http://lexicon-hospitality.com/lexicon-hospitality/)
Gallery (http://lexicon-hospitality.com/gallery/)
Contact (http://lexicon-hospitality.com/contact/)

## NEWSLETTER

**Subscribe**

## SOCIAL MEDIA



© 2017 Lexicon Merchandise (http://www.lexiconbd.org). All rights reserved.

# PERFORMANCE HISTORY

The corporate strength of Lexicon Hospitality, LLC and its management is demonstrated through the performance of each of the properties and the STAR Report rankings.

Lexicon Hospitality, LLC has consistently improved year after year, as evidenced by every key performance indicator to reach the five year goal outlined in 2011.

**\* Debt Ratio:** In 2015 Lexicon's leaders elected to borrow $1.1 million of the purchase price for the Microtel property. Revenues generated from this property are being used to reduce the long-term debt.

### GROWTH OF NET SALES & TOTAL OPERATING ASSETS



### NET PROFIT | TANGIBLE NET WORTH



### OPERATING INCOME | NET SALES



### MANAGEMENT RATE RETURN





# CONTACT US

**Envato**

2360 DELK ROAD, MARIETTA
GA 30067

770.952.8161

info@lexiconhospitality.com (mailto:#)

# LINKS

Home (http://lexicon-hospitality.com/)
Lexicon Hospitality (http://lexicon-hospitality.com/lexicon-hospitality/)
Gallery (http://lexicon-hospitality.com/gallery/)
Contact (http://lexicon-hospitality.com/contact/)

NEWSLETTER

**Subscribe**

SOCIAL MEDIA



© 2017 Lexicon Merchandise (http://www.lexiconbd.org). All rights reserved.

# CAPITALIZING ON OUR BRANDS

Each of the Lexicon Hospitality properties has the advantage of strong name recognition and brand awareness. Lexicon has used this to its advantage through franchise marketing, billboards, interstate signage and advertising.



As a result of one of the most successful ad campaigns in the history of the hotel industry, Motel 6 enjoys strong national brand awareness and high levels of guest loyalty. According to Market Matrix and Nationwide Surveys, current guest ratings rank Motel 6 fi rst in as the price-value and fi rst in "very likely to return" ratings.

Studio 6 leverages the same strong name recognition as Motel 6 with an identity all its own. As an extended-stay property, studio units are fully furnished and feature amenities for comfortable extended stays at low weekly rates.

*Travelodge* is an internationally recognized brand with hotels across the United States, Canada, the United Kingdom, Spain, Ireland, New Zealand
and Australia. Travelodge is best known for its mascot "Sleepy Bear," a halfawake teddy bear. As part of the Wyndham brand, Travelodge has enjoyed strong name recognition since 1940.

Microtel is also an internationally known brand providing accommodations for guests in Argentina, Canada, Mexico, the Philippines and throughout the United States. It too is under the Wyndham brand and is considered to be in the mid-scale segment, resulting in higher pricing of the rooms.

 
 



Motel 6
2360 Delk Road
Marietta, GA 30067

Located in Metro Atlanta; one of the premier locations at the Delk Road exit and visible from highly traveled Interstate 75 with an average daily traffi c count of 238,500+ vehicles. Near the new Major League Baseball stadium for the Atlanta Braves opening in 2017 Suburban, North Metro Atlanta, Cobb County (2015 – population 730,981) 214 rooms, 5-stories, 35 employees, Built 1969, renovation completed 2014
Located near shopping and dining, visit Six Flags White Water Park or Cumberland and Galleria malls; seasonal outdoor pool, free WiFi in all rooms.

Amenities: kids stay free, coffeemakers with free coffee, shared outdoor pool, guest laundry, color television with free expanded cable, alarm clock/radio, data port, hair dryer, iron and ironing

board; pets welcome for additional fee, phone with voice mail and free local calls; work desk with lamp, A full-service banquet facility known as the "Harvest Hall" is on-site.

**Occupancy History under Lexicon's Management**





Studio 6
2360 Delk Road
Marietta, GA 30067

Located in Metro Atlanta and near the new Atlanta Braves stadium, which will open in 2017 Suburban, North Metro Atlanta, Cobb County (2015 – population 730,981)

113 studio units, 5-stories, 10 employees

Built 1969, renovation projected to be 100 percent complete April 2016

Amenities: full kitchenettes in all rooms, 2 burner stove, three-quarter-size size refrigerator and freezer, granite counter top, sink, cookware, utensils, microwave, coffee makers with free coffee, color television with cable alarm clock/radio, data port, hair dryer, iron and ironing board, Pets welcome for additional fee, phone with voice mail and free local calls, work desk with lamp.

**Occupancy History under Lexicon's Management**
















Atlanta Airport South
2471 Old National Pkwy
College GA 30349

Located within two miles of the Hartsfi led-Jackson Atlanta International Airport; less than 15 miles from downtown Atlanta Urban; Fulton County; Atlanta is both the county seat and state capital city (2015 population 996,319) 103 rooms, 2 stories, 20 employees Built 1983; renovation completed 2014

Amenities: free continental breakfast, high-speed internet access in meeting rooms, and public areas with wireless data connection, Wi-Fi internet access in each room, children stay free

**Occupancy History under Lexicon's Management**






1348 Joe Frank Harris
Pkwy SE
Cartersville, GA 30120

Located in Cartersville, Ga., this property is near the new, recently completed LakePoint Sporting Community; near the Booth Western Art Museum, an affi liate of the Smithsonian Institution; also a new theme park is currently in development with plans to open in 2019 Northwest edge of the Atlanta metropolitan area; Cartersville is the county seat for Bartow County (2010 census – population 100,157 ) 71 rooms, 4 stories, 15 employees, built 2008

Amenities: complimentary breakfast, on-site meeting rooms, laundromat, safe deposit box, children stay free, high-speed internet access in business center, meeting rooms, and public areas, wireless data connection in meeting rooms and public areas, wired data connection in meeting rooms

**Occupancy History under Lexicon's Management**









## CONTACT US

**Envato**
2360 DELK ROAD, MARIETTA
GA 30067

770.952.8161

info@lexiconhospitality.com (mailto:#)

## LINKS

Home (http://lexicon-hospitality.com/)
Lexicon Hospitality (http://lexicon-hospitality.com/lexicon-hospitality/)
Gallery (http://lexicon-hospitality.com/gallery/)
Contact (http://lexicon-hospitality.com/contact/)

## NEWSLETTER

**Subscribe**

SOCIAL MEDIA



© 2017 Lexicon Merchandise (http://www.lexiconbd.org). All rights reserved.

# GALLERY



































## CONTACT US

**Envato**
2360 DELK ROAD, MARIETTA
GA 30067

770.952.8161

info@lexiconhospitality.com (mailto:#)

## LINKS

Home (http://lexicon-hospitality.com/)
Lexicon Hospitality (http://lexicon-hospitality.com/lexicon-hospitality/)
Gallery (http://lexicon-hospitality.com/gallery/)

Contact (http://lexicon-hospitality.com/contact/)

## NEWSLETTER

**Subscribe**

## SOCIAL MEDIA



© 2017 Lexicon Merchandise (http://www.lexiconbd.org). All rights reserved.

# CONTACT

**Full Name**

**Email**

**Phone**

**Subject**

**Message**

Submit

**Lexicon Hospitality, LLC**

2360 DELK ROAD, MARIETTA
GA 30067
Phone: 770.952.8161

Email: info@lexiconhospitality.com
(mailto:info@lexiconhospitality.com)
Web: www.lexiconhospitality.com

## CONTACT US

**Envato**
2360 DELK ROAD, MARIETTA
GA 30067

770.952.8161

info@lexiconhospitality.com (mailto:#)

## LINKS

Home (http://lexicon-hospitality.com/)
Lexicon Hospitality (http://lexicon-hospitality.com/lexicon-hospitality/)
Gallery (http://lexicon-hospitality.com/gallery/)
Contact (http://lexicon-hospitality.com/contact/)

## NEWSLETTER

**Subscribe**

SOCIAL MEDIA

© 2017 Lexicon Merchandise (http://www.lexiconbd.org). All rights reserved.