UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T.,<br><br>    Plaintiffs,<br><br>v.<br><br>STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-01062-LMM |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS
& CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiffs hereby file this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a stock of a party:

    a. **Michal Roseberry;**
    b. **W.K.;**
    c. **J.T.;**
    d. **Studio 6 Delk Road, LLC;**
    e. **Lexicon Hospitality, LLC; and**

f.  **Lexicon Hospitality Investments, LLC.**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    **None known.**

3. The undersigned certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    **Counsel for Plaintiffs**
    Patrick J. McDonough
    Jonathan S. Tonge
    Jennifer M. Webster

Respectfully submitted this 3rd day of March, 2025.

                                                        ANDERSEN, TATE & CARR, P.C.

                                                       */s/ Jonathan S. Tonge*
                                                       PATRICK J. MCDONOUGH
                                                       Georgia Bar No. 489855
                                                       pmcdonough@atclawfirm.com
                                                       JONATHAN S. TONGE
                                                       Georgia Bar No. 303999
                                                       jtonge@atclawfirm.com
                                                       JENNIFER M. WEBSTER
                                                       Georgia Bar No. 760381
                                                       jwebster@atclawfirm.com
                                                       *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

        ANDERSEN, TATE & CARR, P.C.

        */s/ Jonathan S. Tonge*
        PATRICK J. MCDONOUGH
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        JONATHAN S. TONGE
        Georgia Bar No. 303999
        jtonge@atclawfirm.com
        JENNIFER M. WEBSTER
        Georgia Bar No. 760381
        jwebster@atclawfirm.com
        *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile