IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAL ROSEBERRY, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:25-cv-01062-LMM |
| | : | |
| STUDIO 6 DELK ROAD, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Before the Court is Plaintiffs' Motion for Protective Order and Leave to Proceed Anonymously, Dkt. No. [7]. The Court finds that the privacy and safety interests of Plaintiffs and witnesses identified or suspected of being victims of sex trafficking outweigh the public's interest in knowing their identities. Thus, the motion is **GRANTED**.

The Court **ORDERS** that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to Plaintiffs W.K. and J.T. by those pseudonymous initials, with no additional identifying information. The Court further **ORDERS** that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case referring to any witness identified by counsel for either party as a victim of sex trafficking, a suspected victim of sex

trafficking, or a member of Plaintiffs' families shall refer to those witnesses by pseudonymous initials only.

Upon the entry of this Order, Plaintiffs shall privately disclose their names to Defendants. Defendants may conduct discovery using Plaintiffs' or witnesses' names. But for any publicly filed documents, the names of Plaintiffs, all witnesses identified or suspected of being sex trafficking victims, and Plaintiffs' family members shall be redacted or referred to only by the appropriate pseudonymous initials.

Defendants may oppose Plaintiffs' motion if they wish once they are served and move the Court to lift the protections of anonymity.

**IT IS SO ORDERED** this 4th day of March, 2025.

_____
**Leigh Martin May**
**United States District Judge**