AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAL ROSEBERRY, W.K., and J.T.,
*Plaintiff(s)*

v.

STUDIO 6 DELK ROAD, LLC; LEXICON
HOSPITALITY, LLC; and LEXICON
HOSPITALITY INVESTMENTS, LLC,
*Defendant(s)*

Civil Action No. 1:25-cv-1062

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STUDIO 6 DELK ROAD, LLC
c/o Richard Evins, Registered Agent
1198 Buckhead Crossing, Suite B
Woodstock, Georgia 30189

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDERSEN, TATE & CARR, P.C.
Patrick J. McDonough, Jonathan S. Tonge & Jennifer M. Webster
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
CLERK OF COURT

Date: 02/28/2025

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1062

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* __3/21/25__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Richard Evins, R/A__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Studio 6__
__Dulk Road, LLC__ on *(date)* __3/26/25__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __3/26/25__

_____
Server's signature

__CATHY W CRAWFORD__
Printed name and title

__PO Box 1616 Watkinsville GA 30677__
Server's address

Additional information regarding attempted service, etc: