AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAL ROSEBERRY, W.K., and J.T.,
    *Plaintiff(s)*

v.

STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC,
    *Defendant(s)*

Civil Action No. 1:25-cv-1062

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LEXICON HOSPITALITY INVESTMENTS, LLC
c/o Richard Evins, Registered Agent
406 Ridley Avenue
Lagrange, Georgia 30240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDERSEN, TATE & CARR, P.C.
    Patrick J. McDonough, Jonathan S. Tonge & Jennifer M. Webster
    One Sugarloaf Centre
    1960 Satellite Boulevard, Suite 4000
    Duluth, Georgia 30097

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
CLERK OF COURT



Date: 02/28/2025

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1062

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* **3.21.25**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Richard Evins R/A**, who is designated by law to accept service of process on behalf of *(name of organization)* **Lexicon Hospitality Investments, LLC** on *(date)* **3/26/25** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3/26/25**

*Server's signature*

**CATHY W CRAWFORD**
*Printed name and title*

**P.O. Box 1616
Watkinsville, GA 30677**
*Server's address*

Additional information regarding attempted service, etc: