THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., | ) ) ) ) CIVIL ACTION FILE NO. |
| Plaintiffs, | ) ) 1:25-CV-01062-LMM |
| v. | ) ) |
| STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully move the Court for a 21-day extension of time to file a response to Plaintiffs' Complaint, until May 7, 2025. In support of this motion, Defendants state as follows:

(1) Defendants' registered agent was served with Plaintiffs' Complaint on March 26, 2025, and the executed summons was filed on March 27, 2025. [Doc. 9, 10, 11.].

(2) Defendants' responsive pleading to Plaintiffs' Complaint is currently due on April 16, 2025.

(3) Undersigned counsel conferred with Plaintiffs' counsel on April 15, 2025. Plaintiffs' counsel indicated they would only agree to an extension of the responsive pleading deadline for Defendants to Answer, but not if Defendants pursue a Motion to Dismiss. [See Exhibit A, April 15, 2025 Emails Between Counsel.].

(4) Defendants require more time to complete an initial investigation and determine the appropriate response to Plaintiffs' Complaint.

(5) Conditioning agreement to an extension on a promise that no motion to dismiss will be filed is inappropriate and disfavored by the Federal Courts. *See McCullers v. Kock Foods of Alabama, LLC*, No. 1:24-CV-01496-RDP, 2024 WL 4907226, at *1 (N.D. Ala. Nov. 26, 2024).

(6) Defendants request the Court extend the deadline to respond to Plaintiffs' Complaint by 21 days, which would make the deadline May 7, 2025. This extension is needed to allow counsel for Defendants sufficient time to investigate the allegations of the Complaint and gather information necessary to file a responsive pleading.

(7) This motion is not sought for any improper purpose. Plaintiffs will not be prejudiced by the 21-day extension requested by Defendants.

WHEREFORE, Defendants respectfully request that this Court enter an Order extending the time for Defendants to file a responsive pleading to Plaintiffs' Complaint to May 7, 2025.

Respectfully submitted this 16th day of April 2025.

>*/s/ Peter F. Schoenthaler*
>Peter F. Schoenthaler
>Georgia Bar No. 629789
>Christopher Rosser
>Georgia Bar No. 761317
>Timothy Blenner
>Georgia Bar No. 653606
>Neill Wright
>Georgia Bar No. 513847
>SCHOENTHALER LAW GROUP
>6400 Powers Ferry Rd NW
>Suite 230
>Atlanta, Georgia 30339
>pfs@schoenthalerlaw.com
>crosser@schoenthalerlaw.com
>tblenner@schoenthalerlaw.com
>nwright@schoenthalerlaw.com

## **LOCAL RULE 7.1D CERTIFICATE**

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing has been formatted in Times New Roman font, 14-point type, which complies with the font size and point requirements of Local Rule 5.1B.

>                    */s/ Peter F. Schoenthaler*
>                    Peter F. Schoenthaler

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day electronically filed this document with the Clerk of Court using the CM/ECF system which will send e-mail notification to all counsel of record.

This 16th day of April, 2025.

>	*/s/ Peter F. Schoenthaler*
>	Peter F. Schoenthaler
>	Georgia Bar No. 629789
>	Christopher Rosser
>	Georgia Bar No. 761317
>	Timothy Blenner
>	Georgia Bar No. 653606
>	Neill Wright
>	Georgia Bar No. 513847
>	SCHOENTHALER LAW GROUP
>	6400 Powers Ferry Rd NW
>	Suite 230
>	Atlanta, Georgia 30339
>	pfs@schoenthalerlaw.com
>	crosser@schoenthalerlaw.com
>	tblenner@schoenthalerlaw.com
>	nwright@schoenthalerlaw.com