# EXHIBIT A

**Outlook**

---

**RE: Michal Roseberry, W.K., and J.T. v. Studio 6 Delk Road, LLC, Lexicon Hospitality, LLC, Lexicon Hospitality Investments, LLC. Case Number 1:25-cv-01062-LMM**

---

**From** Jonathan S. Tonge <jtonge@atclawfirm.com>

**Date** Tue 4/15/2025 11:37 AM

**To** Tim Blenner <tblenner@schoenthalerlaw.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>

**Cc** Peter Schoenthaler <pfs@schoenthalerlaw.com>; Chris Rosser <crosser@schoenthalerlaw.com>

Hi Tim, et al.,

Nice to meet you and thanks for the email. Unfortunately, we have frequently had our agreeability and time abused in these cases in the past and granted extension requests only for Defendants to file baseless motions to dismiss instead of answers. Based on this complaint, can you confirm that is not the case?

Additionally, we like to review the insurance policies as soon as possible. Could you please send us any and all complete policies that may be applicable in this case?

Once we get the policies, and your confirmation of the above, we can circle back to the extension request.

(Also, please note that Jennifer Webster's email address was misspelled. Her correct email is copied here.)

Thanks,

Jon

---

**Jonathan S. Tonge**
**Partner**

Tel:  770-822-0900
Fax:  770-236-9784
Email: jtonge@atclawfirm.com



---

**From:** Tim Blenner <tblenner@schoenthalerlaw.com>
**Sent:** Tuesday, April 15, 2025 9:57 AM
**To:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; jwebster@stclawfirm.com
**Cc:** Peter Schoenthaler <pfs@schoenthalerlaw.com>; Chris Rosser <crosser@schoenthalerlaw.com>
**Subject:** Michal Roseberry, W.K., and J.T. v. Studio 6 Delk Road, LLC, Lexicon Hospitality, LLC, Lexicon Hospitality Investments, LLC. Case Number 1:25-cv-01062-LMM

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning,

I am reaching out in connection with the recently filed complaint, *Michal Roseberry, W.K. and J.T. v. Studio 6 Delk Road, LLC, Lexicon Hospitality, LLC, and Lexicon Hospitality Investments, LLC*, Case No. 1:25-cv-01062-LMM, in the Northern District of Georgia.

Our firm will likely be representing the defendants in this case, though we have not yet been able to confer with them as they are currently traveling and unreachable. In the meantime, I wanted to reach out to request a 21-day extension of time to respond to the complaint.

Please let me know if you are agreeable to this request. Thank you for your consideration.

Best regards,


Timothy Blenner, Esq.

Schoenthaler Law Group

6400 Powers Ferry Road NW

Suite 230

Atlanta, GA 30339

(703)201-3056