THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., | ) )<br>) CIVIL ACTION FILE NO.<br>) |
| Plaintiffs, | ) 1:25-CV-01062-LMM |
| v. | ) ) |
| STUDIO 6 DELK ROAD, LLC;<br>LEXICON HOSPITALITY, LLC;<br>LEXICON HOSPITALITY<br>INVESTMENTS, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

[PROPOSED]
**ORDER**

Before the Court is Defendants' Motion to Extend Responsive Pleading Deadline. Having considered the motion, and for good cause shown, Defendants' Motion to Extend Responsive Pleading Deadline is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants' answer or responsive pleading **SHALL** be filed on or before May 7, 2025.

**SO ORDERED** this _____ day of _____, 2025.

_____
Honorable Leigh Martin May
United States District Judge
