IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAL ROSEBERRY, et al.,            :
                                     :
                                     :
    Plaintiffs,                      :
                                     :
v.                                   :       CIVIL ACTION NO.
                                     :       1:25-cv-01062-LMM
                                     :
STUDIO 6 DELK ROAD, LLC, et al.,     :
                                     :
                                     :
    Defendants.                      :

## **ORDER**

This matter is presently before the Court on Defendants' motion for an extension of time to respond to the complaint. Dkt. No. [12]. The Court has considered Plaintiffs' objection to the motion but finds that a 21-day extension is reasonable. The motion, Dkt. No. [12], is therefore **GRANTED**, and Defendants shall have through May 7, 2025, to file a response to the complaint.

**IT IS SO ORDERED** this 16th day of April, 2025.

_____
**Leigh Martin May**
**United States District Judge**