# DECLARATION OF N.W.

███████████, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is ███████████. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Alabama where I am a resident.

2. I was a resident of Motel 6 on Delk Road for a period of about 6 months in the year 2012. I was 20 years old at the time and was held there by a trafficker and made to have sex for money. I was not there by my free will. Each day I was made to sell sex to more than ten (10) men.

3. It is my recollection that most every young female who was staying at Motel 6 during the time I was there were also with men selling sex. I often spoke to two of them near the front door or elsewhere on the property. There was a lot of men coming and going hourly. Pimps would sit outside in cars and watch the rooms or walk around the property.

4. On October 29, 2012 a man walked into my room and demanded sex from me and I did not know who he was so I told him to leave. Her called the police and

said he was being robbed. The police came and spoke to me and others in my room but the man left before the police arrived. Crystal Greenwood, who worked there, was on duty that night and spoke to the police. After that event, we were not asked to leave the property but rather moved to a different room.

5. At the time I stayed at Motel 6 on Delk road, there was no security. The managers and employees surely knew what was going on there as they were able to see everything that I and others saw each day.

6. I have read this Declaration consisting of 9 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on May 24, 2024.

