## <u>DECLARATION OF</u> ███████████

███████████ pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is ███████████.  I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein.  I freely give this declaration for use in this case.  This declaration was executed in the state of Georgia where I am a resident.

2. I was trafficked as a minor and also as an adult for several years. I was trafficked at Motel 6 on Delk Road off and on throughout that time. My trafficker always rented the room.  I would stay at the Motel 6 for two to three days each time I was taken there by my trafficker. I had to turn 7 or 8 tricks a day.

3. I was told by my trafficker to "get cool" with the housekeepers and hotel staff. I gave the housekeepers tips at the Motel 6. The room would always have many used condoms in the trash. There was a maintenance worker who regularly appeared at my door and told me my trafficker sent him to the room to get what he wanted, which was always sex. My trafficker was very close to one of the housekeepers whose name I believe was Maria.

4. I remember being friends with two other girls when I was at Motel 6. They were also being sold for sex. ██████ was 16 years old and ███████ was 15 years old. They did not work for my trafficker and were not with us but were in separate rooms.

5. Every time I was at Motel 6 on Delk Road, I always saw lots of girls, young and old, dressed like prostitutes walking the property, in the breezeways, and walking up to cars. There were always traffickers in the parking lot waiting while girls had dates in their rooms.

6. It was very clear to anyone who looked around that the hotel was filled with illegal sex workers and minors being sold for sex.

7. I have read this Declaration consisting of 7 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on April 25, 2025.