UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., <br><br> Plaintiffs, <br><br> v. <br><br> STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-01062-LMM |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c)(1) and 5.2(d), Local Rule 79.1(B), and the protective order in this case (Doc. No. 8), Plaintiffs file this Motion for Leave to file the following under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 2 | N.W. Declaration | Redacted |
| 3 | A.M. Declaration | Redacted |

Thus, Plaintiffs request leave to file under seal these exhibits as it includes sensitive, protected, and/or identifying information in reference to Plaintiffs, documents, or persons identified in the protective order.

Respectfully submitted this 9th day of May, 2025.

                                         ANDERSEN, TATE & CARR, P.C.

                                         */s/ Jonathan S. Tonge*
                                         PATRICK J. MCDONOUGH
                                         Georgia Bar No. 489855
                                         pmcdonough@atclawfirm.com
                                         JONATHAN S. TONGE
                                         Georgia Bar No. 303999
                                         jtonge@atclawfirm.com
                                         JENNIFER M. WEBSTER
                                         Georgia Bar No. 760381
                                         jwebster@atclawfirm.com
                                         *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                             ANDERSEN, TATE & CARR, P.C.

                                             */s/ Jonathan S. Tonge*
                                             PATRICK J. MCDONOUGH
                                             Georgia Bar No. 489855
                                             pmcdonough@atclawfirm.com
                                             JONATHAN S. TONGE
                                             Georgia Bar No. 303999
                                             jtonge@atclawfirm.com
                                             JENNIFER M. WEBSTER
                                             Georgia Bar No. 760381
                                             jwebster@atclawfirm.com
                                             *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile