UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T.,<br><br>    Plaintiffs,<br><br>v.<br><br>STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-01062-LMM |

**PROPOSED ORDER ON PLAINTIFFS' MOTION
TO FILE UNDER SEAL**

Now before this Court is Plaintiffs' Motion to Seal. Plaintiffs request leave to file the following documents under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 2 | N.W. Declaration | Redacted |
| 3 | A.M. Declaration | Redacted |

For good cause shown, this motion is **GRANTED**. Plaintiffs are authorized to file under seal the documents identified in Plaintiffs' Motion.

2

SO ORDERED this \_\_\_\_ day of _____, 2025.

_____
LEIGH MARTIN MAY
United States District Judge

2