IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:25-cv-01062-LMM |
| | : |
| STUDIO 6 DELK ROAD, LLC, et al., | : |
| | : |
| Defendants. | : |

## **ORDER**

    This case is before the Court on Defendants' motion to dismiss, Dkt. No. [14], and Plaintiffs' amended complaint, Dkt. No. [15]. Defendants filed the motion to dismiss on May 7, 2025, and Plaintiffs filed the amended complaint two days later. The Court therefore accepts the amended complaint as having been filed as a matter of right. See Fed. R. Civ. P. 15(a)(1)(A). Because the motion to dismiss the original complaint seeks dismissal of a complaint that has been superseded, the Court **DENIES** the motion to dismiss, Dkt. No. [14], as moot.

    **IT IS SO ORDERED** this 9th day of May, 2025.

_____
**Leigh Martin May**
**United States District Judge**