IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:25-cv-01062-LMM |
| STUDIO 6 DELK ROAD, LLC, et al., | : |
| | : |
| Defendants. | : |

## **ORDER**

This case is before the Court on Plaintiffs' motion for leave to file matters under seal. Dkt. No. [17]. No opposition has been filed.

Upon due consideration, the motion, Dkt. No. [17], is **GRANTED**. The Clerk is **DIRECTED** to **LIFT** the seal on the main document at Docket Entry [16] and place the documents at Docket Entries [16-1] and [16-2] under **PERMANENT SEAL**. The Clerk is further **DIRECTED** to amend the docket text at Docket Entries [15-2] and [15-3] to indicate that unredacted versions of the documents are filed under seal at Docket Entries [16-1] and [16-2], respectively.

**IT IS SO ORDERED** this 29th day of May, 2025.

_____
**Leigh Martin May**
**United States District Judge**