TO:        All Judges, Clerks of Court, and counsel of record.

FROM:    Robert A. Luskin

RE:        Notice of Leave of Absence

DATE:    June 4, 2025

## **NOTICE OF LEAVE OF ABSENCE**

Comes Now, Robert A. Luskin, and states that I am lead counsel and attorney of record for all cases listed on Exhibit "A" which is attached hereto and incorporated herein as if fully rewritten. The undersign respectfully notifies all Judges before whim I have cases pending, all affected clerks of court, and all opposing counsel, that I will be on leave pursuant to Georgia Uniform Court Rule 16.

1. The period of leave during which time Applicant will be away from the practice of law is as follows:

   - **June 10-11 Out Of State Meetings**
   - **June 26-27 GDLA Conference Out Of State**
   - **July 21-25 Family Vacation**
   - **July 31 Family Trip Out Of State**
   - **September 9-11 Firm Meetings Out Of State**
   - **October 15-16 Conference Out Of State**
   - **October 22-23 Conference Out Of State**
   - **November 9-11 Conference Out Of State**
   - **December 29-December 31 Family Vacation**
   - **January 5, 2026 Family Vacation**

2. All affected Judges and opposing counsel shall have (10) days from the date of this Notice to object to it. If no objections are filed, leave shall be granted.

This 3rd day of June, 2025.

                                   Respectfully Submitted,

              By:   */S/ROBERT A. LUSKIN*
                     Robert A. Luskin
                     GA State Bar No.: 004383
                     rluskin@chartwelllaw.com
                     3200 Cobb Galleria Parkway, Suite 250
                     Atlanta, GA 30339
                     Main (404) 410-1151
                     Fax (404) 738-1632

*Exhibit "A"*

| NAME OF CASE AND CIVIL ACTION NUMBER | Name of County and Court | Opposing Counsel |
|---|---|---|
| MICHAEL ROSEBERRY, W.K. and J.T. v. STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC<br><br>1:25-CV-01062-LMM | *U. S. District Court Northern District of Georgia Atlanta Division* | Patrick J. McDonough, Esq.<br>Jonathan S. Tonge, Esq.<br>Jennifer M. Webster, Esq.<br>ANDERSEN, TATE & CARR, P.C.<br>One Sugarload Centre<br>1960 Satellite Boulevard, Ste. 4000<br>Duluth, Georgia 30097<br>pmcdonough@atclawfirm.com<br>jtonge@atclawfirm.com<br>jwebster@atclawfirm.com<br>*Attorneys for Plaintiffs* |