# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ROSEBERRY, W.K., and J.T.,<br><br>Plaintiffs,<br>v.<br>STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC,<br><br>Defendants. | Civil Action No. 1:25-CV-01062-LMM |

## ENTRY OF APPEARANCE

COME NOW PATRICK B. MOORE and SARAH J. UNATIN of the law firm Weinberg Wheeler Hudgins Gunn & Dial, LLC, and hereby notify this Court and counsel of record for the parties in this matter of their Entry of Appearance as counsel of record on behalf of Defendants. Counsel requests that notice of all court appearances, motions, pleadings, and other filings be served on the undersigned at the following address:

Patrick B. Moore
Christopher J. Bridgers
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
T: (404) 876-2700 / F: (404) 875-9433
pmoore@wwhgd.com
sunatin@wwhgd.com

Respectfully submitted this 2nd day of July, 2025.

| | |
|---|---|
| 3344 Peachtree Rd, N.E., Ste 2400<br>Atlanta, GA 30326<br>(404) 876-2700 / Fax: (404) 875-9433<br>pmoore@wwhgd.com<br>sunatin@wwhgd.com | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br><br>/s/ *Patrick Moore*<br>Patrick B. Moore<br>GA Bar No. 520390<br>Sarah J. Unatin<br>GA Bar No. 953061<br>*Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ROSEBERRY, W.K., and J.T., <br><br> **Plaintiffs,** <br><br> v. <br><br> STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC, <br><br> **Defendants.** | Civil Action No. 1:25-CV-01062-LMM |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date filed and served the foregoing *Entry of Appearance* in the above-captioned matter via PACER electronic filing, which will serve a copy of said filing upon all counsel of record, addressed as follows:

*Counsel for Plaintiffs*

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*[Co-]Counsel for Defendants*

Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com

This 2nd day of July, 2025.

/s/ *Patrick Moore*
Patrick B. Moore