# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., <br><br> Plaintiffs, <br><br> v. <br><br> STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC, <br><br> Defendants. | Civil Action No. 1:25-CV-01062-LMM |

## CERTIFICATE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that a true and correct copy of ***Defendants' Rule 26(A) Initial Disclosures*** *(and corresponding document production STUDIO 6_000001 - STUDIO 6_000480)* has been served via statutory electronic service (email) to all counsel of record, addressed as follows:

*Counsel for Plaintiffs*

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA  30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*[Co-]Counsel for Defendants*

Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com

This 10th day of July, 2025.

3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326
(404) 876-2700 / Fax: (404) 875-9433
pmoore@wwhgd.com
sunatin@wwhgd.com

WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC

*/s/ Patrick Moore*
Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061
*Counsel for Defendants*