IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., <br><br> **Plaintiffs,** <br><br> v. <br><br> STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC, <br><br> **Defendants.** | Civil Action No. 1:25-CV-01062-LMM |

## CERTIFICATE OF SERVICE OF DISCOVERY

THIS IS TO CERTIFY that on July 23, 2025, undersigned counsel for Defendant Studio 6 Delk Road, LLC and Defendant Lexicon Hospitality, LLC served the following upon Plaintiffs, addressed as follows on the Certificate of Service:

- Defendant Studio 6 Delk Road, LLC's First Interrogatories to Plaintiff Michal Roseberry;

- Defendant Studio 6 Delk Road, LLC's First Interrogatories to Plaintiff W.K.;

- Defendant Studio 6 Delk Road, LLC's First Interrogatories to Plaintiff J.T.;

- Defendant Studio 6 Delk Road, LLC's First Request for Production of Documents to Plaintiff Michal Roseberry;

- Defendant Studio 6 Delk Road, LLC's First Request for Production of Documents to Plaintiff W.K.;

- Defendant Studio 6 Delk Road, LLC's First Request for Production of Doucments to Plaintiff J.T.;

- Defendant Lexicon Hospitality, LLC's First Interrogatories to Plaintiff Michal Roseberry;

- Defendant Lexicon Hospitality, LLC's First Interrogatories to Plaintiff W.K.;

- Defendant Lexicon Hospitality, LLC's First Interrogatories to Plaintiff J.T.; and

- Certificate of Service of Discovery.

Respectfully submitted this 23rd day of July, 2025.

*(Signatures on following page.)*

|  |  |
|---|---|
|  | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| 3344 Peachtree Rd, N.E.<br>Suite 2400<br>Atlanta, Georgia 30326<br>Tel. (404) 876-2700 \| Fax (404) 875-9433<br>Pmoore@wwhgd.com<br>Sunatin@wwhgd.com | */s/ Sarah J. Unatin*<br>Patrick B. Moore<br>Georgia Bar No. 520390<br>Sarah J. Unatin<br>Georgia Bar No. 953061<br>*Counsel for Defendants* |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1 AND 7.1D**

Pursuant to Local Rules 5.1 and 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, prepared with a top margin of not less than one and one-half inches and a left margin of not less than one inch, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: July 23, 2025

                                                */s/ Sarah J. Unatin*
                                                Sarah J. Unatin

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a copy of the foregoing pleading via the Court's electronic filing system, which will automatically send notification to all counsel of record, as follows:

| *Counsel for Plaintiffs* | *[Co-]Counsel for Defendants* |
|---|---|
| Patrick J. McDonough | Peter F. Schoenthaler |
| Jonathan S. Tonge | Timothy Blenner |
| Jennifer M. Webster | Neill K. Wright |
| ANDERSEN, TATE & CARR, P.C. | PETER F. SCHOENTHALER, P.C. |
| One Sugarloaf Centre | 6400 Powers Ferry Rd NW, Ste 230 |
| 1960 Satellite Blvd., Suite 4000 | Atlanta, GA 30339 |
| Duluth, GA 30097 | pfs@schoenthalerlaw.com |
| pmcdonough@atclawfirm.com | tblenner@schoenthalerlaw.com |
| jtonge@atclawfirm.com | nwright@schoenthalerlaw.com |
| jwebster@atclawfirm.com | |

This 23rd day of July, 2025.

                                                        */s/ Sarah J. Unatin*
                                                          Sarah J. Unatin