UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 1:25-cv-01062-LMM |
| STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

This is to certify that on July 24, 2025, undersigned counsel for Plaintiffs served a true and correct copy of Plaintiffs' First Continuing Interrogatories to Defendant, Lexicon Hospitality Investments, LLC, Plaintiffs' First Continuing Interrogatories to Defendant, Lexicon Hospitality, LLC, Plaintiffs' First Continuing Interrogatories to Defendant, Studio 6 Delk Road, LLC, Plaintiffs' First Requests for Production to Defendant Lexicon Hospitality Investments, LLC, Plaintiffs' First Requests for Production to Defendant, Lexicon Hospitality, LLC, and Plaintiffs' First Requests for Production to Defendant Studio 6 Delk Road, LLC to all counsel of record via electronic mail.

Respectfully submitted July 25, 2025.

                                  ANDERSEN, TATE & CARR, P.C.

                                  */s/ Jonathan S. Tonge*
                                  PATRICK J. MCDONOUGH
                                  Georgia Bar No. 489855
                                  pmcdonough@atclawfirm.com
                                  JONATHAN S. TONGE
                                  Georgia Bar No. 303999
                                  jtonge@atclawfirm.com
                                  JENNIFER M. WEBSTER
                                  Georgia Bar No. 760381
                                  jwebster@atclawfirm.com
                                  *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                               ANDERSEN, TATE & CARR, P.C.

                                               */s/ Jonathan S. Tonge*
                                               PATRICK J. MCDONOUGH
                                               Georgia Bar No. 489855
                                               pmcdonough@atclawfirm.com
                                               JONATHAN S. TONGE
                                               Georgia Bar No. 303999
                                               jtonge@atclawfirm.com
                                               JENNIFER M. WEBSTER
                                               Georgia Bar No. 760381
                                               jwebster@atclawfirm.com
                                               *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile