UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T.,<br><br>    Plaintiffs,<br><br>v.<br><br>STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-01062-LMM |

## **MOTION FOR LEAVE OF ABSENCE**

COMES NOW, Patrick J. McDonough, lead counsel for Plaintiffs Michal Roseberry, W.K., and J.T., and pursuant to Local Rule 83.1E(5), respectfully requests that this Court grant his request for leave of absence.

1.

The period of leave during which Mr. McDonough will be away from the practice of law for personal reasons and/or international travel are as follows:

- September 11-14, 2025;
- October 7-11, 2025;
- October 23-27, 2025;
- November 3-7, 2025;

- November 10-14, 2025;
- November 17-21, 2025;
- November 24-28, 2025; and
- December 1-5, 2025

2.

A Proposed Order setting forth the relief requested herein is attached as Exhibit "A".

Respectfully submitted this 14th day of August, 2025.

        ANDERSEN, TATE & CARR, P.C.

        */s/ Patrick J. McDonough*
        PATRICK J. MCDONOUGH
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        JONATHAN S. TONGE
        Georgia Bar No. 303999
        jtonge@atclawfirm.com
        JENNIFER M. WEBSTER
        Georgia Bar No. 760381
        jwebster@atclawfirm.com
        *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## **CERTIFICATE OF COMPLIANCE**

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 14th day of August, 2025.

                                             ANDERSEN, TATE & CARR, P.C.

                                             */s/ Patrick J. McDonough*
                                             PATRICK J. MCDONOUGH
                                             Georgia Bar No. 489855
                                             pmcdonough@atclawfirm.com
                                             JONATHAN S. TONGE
                                             Georgia Bar No. 303999
                                             jtonge@atclawfirm.com
                                             JENNIFER M. WEBSTER
                                             Georgia Bar No. 760381
                                             jwebster@atclawfirm.com
                                             *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiff through her attorney delivered a true and correct copy of the foregoing, filed with the Court in the above-styled case, by electronic service through filing in the Court's electronic case files ("ECF") system which will automatically send notification of such filing to the attorneys of record.

Respectfully submitted this 14th day of August, 2025.

        ANDERSEN, TATE & CARR, P.C.

        */s/ Patrick J. McDonough*
        PATRICK J. MCDONOUGH
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        JONATHAN S. TONGE
        Georgia Bar No. 303999
        jtonge@atclawfirm.com
        JENNIFER M. WEBSTER
        Georgia Bar No. 760381
        jwebster@atclawfirm.com
        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile