# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., <br><br> Plaintiffs, <br> v. <br> STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC, <br><br> Defendants. | Civil Action No. 1:25-CV-01062-LMM |

## CERTIFICATE OF SERVICE OF DISCOVERY

THIS IS TO CERTIFY that on September 5, 2025, undersigned counsel for Defendants, served the following upon Plaintiff, addressed as follows on the Certificate of Service:

- Defendant Lexicon Hospitality Investments, LLC's Responses to Plaintiff's First Request for Production of Interrogatories;

- Defendant Lexicon Hospitality Investments, LLC's Responses to Plaintiff's First Request for Production of Documents;

- Defendant Lexicon Hospitality, LLC's Responses to Plaintiff's First Request for Production of Interrogatories;

- Defendant Lexicon Hospitality, LLC's Responses to Plaintiff's First Request for Production of Documents;

- Defendant Studio 6 Delk Road, LLC's Responses to Plaintiff's First Request for Production of Interrogatories;

- Defendant Studio 6 Delk Road, LLC's Responses to Plaintiff's First Request for Production of Documents; and

- Certificate of Service of Discovery.

*Counsel for Plaintiffs*
Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA  30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*[Co-]Counsel for Defendants*
Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
Chrisopher Rosser
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com
crosser@schoenthalerlaw.com

This 5th day of September, 2025.

| | |
|---|---|
| 3344 Peachtree Road, N.E.<br>Suite 2400<br>Atlanta, Georgia 30326<br>Telephone:  404.876.2700<br>Facsimile:  404.875.9433<br>pmoore@wwhgd.com<br>sunatin@wwhgd.com | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br><br>*/s/ Sarah J. Unatin*<br>Patrick B. Moore<br>GA Bar No. 520390<br>Sarah J. Unatin<br>GA Bar No. 953061<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1 AND 7.1D**

Pursuant to Local Rules 5.1 and 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, prepared with a top margin of not less than one and one-half inches and a left margin of not less than one inch, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: September 5, 2025

                                                    */s/ Sarah J. Unatin*
                                                  Sarah J. Unatin

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed a copy of the foregoing pleading via the Court's electronic filing system, which will automatically send notification to all counsel of record, as follows:

<div style="column-count:2">

*Counsel for Plaintiffs*

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA  30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*[Co-]Counsel for Defendants*

Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
Chrisopher Rosser
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com
crosser@schoenthalerlaw.com

</div>

This 5th day of September, 2025.

3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
Telephone:  404.876.2700
Facsimile:  404.875.9433
pmoore@wwhgd.com
sunatin@wwhgd.com

WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC

*/s/ Sarah J. Unatin*
Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061

*Counsel for Defendants*