UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., <br><br> Plaintiffs, <br><br> v. <br><br> STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-1062-LMM |

**NOTICE OF APPEARANCE**

Rory A. Weeks of the law firm Andersen, Tate & Carr, P.C. enters his appearance on behalf of Plaintiffs Michal Roseberry, W.K., and J.T.

Respectfully submitted on October 29, 2025.

                                       ANDERSEN, TATE & CARR, P.C.

                                       */s Rory A. Weeks*
                                       PATRICK J. MCDONOUGH
                                       Georgia Bar No. 489855
                                       pmcdonough@atclawfirm.com
                                       JONATHAN S. TONGE
                                       Georgia Bar No. 303999
                                       jtonge@atclawfirm.com
                                       RORY A. WEEKS
                                       Georgia Bar No. 113491
                                       rweeks@atclawfirm.com
                                       JENNIFER M. WEBSTER

                                          Georgia Bar No. 760381
                                          jwebster@atclawfirm.com
                                          *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile