UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., <br><br> Plaintiffs, <br><br> v. <br><br> STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-1062-LMM |

## CERTIFICATE OF SERVICE

This is to certify that on October 15, 2025, undersigned counsel for Plaintiffs served a true and correct copy of Plaintiff J.T.'s Objections and Responses to Defendant Lexicon Hospitality, LLC's First Amended Interrogatories to Plaintiff J.T., Plaintiff J.T.'s Objections and Responses to Defendant Studio 6 Delk Road, LLC's First Requests for Production of Documents to Plaintiff J.T., Plaintiff J.T.'s Objections and Responses to Defendant Studio 6 Delk Road, LLC's Amended First Interrogatories to Plaintiff J.T., Plaintiff Michal Roseberry's Objections and Responses to Defendant Lexicon Hospitality, LLC's First Interrogatories to Plaintiff Michal Roseberry, Plaintiff Michal Roseberry's Objections and Responses to Defendant Studio 6 Delk Road, LLC's First Requests for Production of Documents to Plaintiff

Michal Roseberry, Plaintiff Michal Roseberry's Objections and Responses to Defendant Studio 6 Delk Road, LLC's Amended First Interrogatories to Plaintiff Michal Roseberry, Plaintiff W.K.'s Objections and Responses to Defendant Lexicon Hospitality, LLC's Amended First Interrogatories to Plaintiff W.K., Plaintiff W.K.'s Objections and Responses to Defendant Studio 6 Delk Road, LLC's Amended First Interrogatories to Plaintiff W.K., Plaintiff W.K.'s Objections and Responses to Defendant Studio 6 Delk Road, LLC's First Requests for Production of Documents to Plaintiff W.K., and Plaintiffs' supplemental document production, bates labeled Plaintiffs 1692–5265 upon all counsel of record via electronic mail.

Respectfully submitted on October 30, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile