# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., <br><br> Plaintiffs, <br> v. <br> STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC, <br><br> Defendants. | Civil Action No. 1:25-CV-01062-LMM |

## CERTIFICATE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that a true and correct copy of ***Defendants' First Supplemental Initial Disclosures*** has been served via statutory electronic service (email) to all counsel of record, addressed as follows:

| *Counsel for Plaintiffs* | *[Co-]Counsel for Defendants* |
|---|---|
| Patrick J. McDonough <br> Jonathan S. Tonge <br> Jennifer M. Webster <br> Rory Weeks <br> ANDERSON, TATE & CARR, P.C. <br> One Sugarloaf Centre <br> 1960 Satellite Blvd., Suite 4000 <br> Duluth, GA 30097 <br> pmcdonough@atclawfirm.com <br> jtonge@atclawfirm.com <br> jwebster@atclawfirm.com <br> rweeks@atclawfirm.com | Peter F. Schoenthaler <br> Timothy Blenner <br> Neill K. Wright <br> PETER F. SCHOENTHALER, P.C. <br> 6400 Powers Ferry Rd NW, Ste 230 <br> Atlanta, GA 30339 <br> pfs@schoenthalerlaw.com <br> tblenner@schoenthalerlaw.com <br> nwright@schoenthalerlaw.com |

This 20th day of November, 2025.

|  |  |
|---|---|
| 3344 Peachtree Road, N.E.<br>Suite 2400<br>Atlanta, Georgia 30326<br>Telephone: 404.876.2700<br>Facsimile: 404.875.9433<br>pmoore@wwhgd.com<br>sunatin@wwhgd.com | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br><br> /s/ Sarah J. Unatin    <br>Patrick B. Moore<br>GA Bar No. 520390<br>Sarah J. Unatin<br>GA Bar No. 953061<br><br>*Counsel for Defendants* |