# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No.: |
| v. | ) |
| | ) 1:25-CV-01062-LMM |
| STUDIO 6 DELK ROAD, LLC; LEXICON | ) |
| HOSPITALITY, LLC; and LEXICON | ) |
| HOSPITALITY INVESTMENTS, LLC, | ) |
| | ) |
| Defendants. | ) |

## SUGGESTION OF BANKRUPTCY

COME NOW Defendants Studio 6 Delk Road, LLC; Lexicon Hospitality, LLC; and Lexicon Hospitality Investments, LLC (collectively, "Defendants"), by and through undersigned counsel, and notify the Court and the parties as follows:

1. On December 2, 2025, Studio 6 Delk Road, LLC filed a Petition for Bankruptcy, seeking relief under Title 11, Chapter 7 of the United States Code, in case number 25-21739 in the United States Bankruptcy Court for the Northern District of Georgia.

2. On December 2, 2025, Lexicon Hospitality, LLC filed a Petition for Bankruptcy, seeking relief under Title 11, Chapter 7 of the United States Code, in case number 25-21734 in the United States Bankruptcy Court for the Northern District of Georgia.

1

3. On December 2, 2025, Lexicon Hospitality Investments, LLC filed a Petition for Bankruptcy, seeking relief under Title 11, Chapter 7 of the United States Code, in case number 25-21736 in the United States Bankruptcy Court for the Northern District of Georgia.

4. Pursuant to 11 U.S.C. § 362, this action is automatically stayed as to Defendants during the pendency of the aforementioned Bankruptcy actions.

Respectfully submitted this 4th day of December, 2025.

                                                **PETER F. SCHOENTHALER, P.C.**

                                                */s/ Peter Schoenthaler*
Peter F. Schoenthaler, Esq.
Georgia Bar No. 629789
Timothy Blenner, Esq.
Georgia Bar No. 653606
Christopher Rosser, Esq.
Georgia Bar No. 761317
6400 Powers Ferry Road, NW
Suite 230
Atlanta, Georgia 30339
Tel: (404) 229-4114
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
crosser@schoenthalerlaw.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Pursuant to Rule 7.1(D) of the Local Civil Rules, N.D. Ga., the undersigned certifies that this pleading complies with L.R. 5.1C, N.D. Ga. and is prepared in Times New Roman, 14-point font and such other requirements as are set forth in L.R. 5.1C, N.D. Ga.

Respectfully submitted this 4th day of December, 2025.

**PETER F. SCHOENTHALER, P.C.**

 /s/  *Peter Schoenthaler*
Peter Schoenthaler, Esq.
Georgia Bar No. 629789
6400 Powers Ferry Road, NW
Suite 230
Atlanta, Georgia 30339
Tel: (404) 229-4114
pfs@schoenthalerlaw.com
*Attorney for Defendants*