IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, et al., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION NO. |
| : | 1:25-cv-01062-LMM |
| v. : | |
| : | |
| STUDIO 6 DELK ROAD, LLC, et al., : | |
| : | |
| Defendants. : | |

## ORDER

This case comes before the Court on a Suggestion of Bankruptcy filed by Defendants Lexicon Hospitality Investments, LLC, Lexicon Hospitality, LLC, and Studio 6 Delk Road, LLC. Dkt. No. [42]. Pursuant to 11 U.S.C. § 362(a), proceedings in this action are **STAYED**, and the Clerk is **DIRECTED** to administratively close the case. Upon resolution of the bankruptcy proceedings, any party may move to reopen the case and lift the stay.

**IT IS SO ORDERED** this 5th day of December, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**