UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAL ROSEBERRY, W.K.,
and J.T.,

     Plaintiffs,

v.

STUDIO 6 DELK ROAD, LLC;
LEXICON HOSPITALITY, LLC;
and LEXICON HOSPITALITY
INVESTMENTS, LLC,

     Defendants.

CIVIL ACTION FILE

NO. 1:25-cv-1062-LMM

**PLAINTIFFS' NOTIFICATION THAT DEFENDANT LEXICON HOSPITALITY INVESTMENTS, LLC'S BANKRUPTCY HAS BEEN DISMISSED**

Plaintiffs by and through their counsel notify the court that Defendant Lexicon Hospitality Investments, LLC's bankruptcy was dismissed on May 1, 2026 (Ex. A, Order Dismissing Case). Accordingly, the automatic bankruptcy stay as to Lexicon Hospitality Investments, LLC is no longer in effect, and this case should therefore be reopened and proceed without delay.

Respectfully submitted on May 4, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH

Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile