

**IT IS ORDERED as set forth below:**

**Date: May 1, 2026**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LEXICON HOSPITALITY | ) | CASE NO. 25-21736-JRS |
| INVESTMENTS, LLC, | ) | |
| | ) | |
| DEBTOR. | ) | |

### ORDER DISMISSING CASE

On April 2, 2026, the United States Trustee filed and served a Motion to Dismiss Case for Cause (Doc. No. 18) (the "Motion") and a Notice of the United States Trustee's Motion to Dismiss Case for Cause, Deadline to Object and Hearing (Docket No. 19). The Motion was timely filed and states that cause exists to dismiss the case pursuant to Bankruptcy Code section 707(a) due to the fact that the case appears to have been filed for an improper purpose. The United States Trustee notes that the debtor does not disclose any assets in its schedules, has had no operations since at least 2020, and appears to have commenced the case to delay numerous pending legal proceedings.

Notice of the opportunity to object and for hearing on May 5, 2026, was provided pursuant to the procedures of Fifth Amended and Restated General Order 24-2018; no objection to the Motion was filed prior to the objection deadline; and the Court has considered the Motion and all other matters of record, including the lack of objection to the Motion. Based on the foregoing, and no further notice or hearing being required, the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby

ORDERED that the Motion is **granted**; the chapter 7 case of Lexicon Hospitality Investments, LLC is hereby ***dismissed***.

**[END OF DOCUMENT]**

Order prepared by:

_____*/s/*_____
David S. Weidenbaum
Georgia Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4705
David.S.Weidenbaum@usdoj.gov

**DISTRIBUTION LIST**

Lexicon Hospitality Investments, LLC
3920 Trammel Drive
Cumming, GA 30041