IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAL ROSEBERRY, et al.,                :
                                         :
                                         :
    Plaintiffs,                          :
                                         :        CIVIL ACTION NO.
                                         :        1:25-cv-01062-LMM
v.                                       :
                                         :
                                         :
STUDIO 6 DELK ROAD, LLC, et al.,         :
                                         :
                                         :
    Defendants.                          :

**ORDER**

Upon the filing of a Suggestion of Bankruptcy by Defendants Lexicon Hospitality Investments, LLC, Lexicon Hospitality, LLC, and Studio 6 Delk Road, LLC, the Court stayed proceedings in this action on December 5, 2025, pursuant to 11 U.S.C. § 362(a), and administratively closed the case. Dkt. No. [43]. Since then, Plaintiffs have filed notices indicating that the bankruptcy cases of Defendants Lexicon Hospitality Investments, LLC, and Lexicon Hospitality, LLC, have been dismissed. Dkt. Nos. [44, 45]. There is no indication that the bankruptcy case of Defendant Studio 6 Delk Road has concluded or that the stay otherwise should be lifted.

2

Accordingly, the bankruptcy stay shall remain in place. Upon resolution of the remaining bankruptcy proceedings, or if there is otherwise good cause, any party may move to reopen the case and lift the stay.

**IT IS SO ORDERED** this 4th day of June, 2026.

**Leigh Martin May**
**Chief United States District Judge**