UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAL ROSEBERRY, W.K.,
and J.T.,

  Plaintiffs,

v.

STUDIO 6 DELK ROAD, LLC;
LEXICON HOSPITALITY, LLC;
and LEXICON HOSPITALITY
INVESTMENTS, LLC,

  Defendants.

CIVIL ACTION FILE

NO. 1:25-cv-1062-LMM

## PLAINTIFFS' NOTIFICATION THAT DEFENDANT STUDIO 6 DELK ROAD, LLC'S BANKRUPTCY HAS BEEN DISMISSED

Plaintiffs by and through their counsel notify the court that Defendant Studio 6 Delk Road, LLC's bankruptcy was dismissed on May 1, 2026 (Ex. A, Order Dismissing Case). Accordingly, the automatic bankruptcy stay as to Studio 6 Delk Road, LLC is no longer in effect, and this case should therefore be reopened and proceed without delay.

  Respectfully submitted on June 8, 2026.

         ANDERSEN, TATE & CARR, P.C.

         */s/ Jonathan S. Tonge*
         PATRICK J. MCDONOUGH
         Georgia Bar No. 489855

pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile