IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAL ROSEBERRY, et al.,        :
                                 :
                                 :
                                 :
                                 :
    Plaintiffs,                  :
                                 :        CIVIL ACTION NO.
                                 :        1:25-cv-01062-LMM
v.                               :
                                 :
                                 :
STUDIO 6 DELK ROAD, LLC, et al., :
                                 :
                                 :
                                 :
                                 :
    Defendants.                  :

**<u>ORDER</u>**

Upon the filing of a Suggestion of Bankruptcy by Defendants Lexicon

Hospitality Investments, LLC, Lexicon Hospitality, LLC, and Studio 6 Delk Road,

LLC, the Court stayed proceedings in this action on December 5, 2025, pursuant

to 11 U.S.C. § 362(a), and administratively closed the case. Dkt. No. [43]. Since

then, Plaintiffs have filed notices indicating that each of the bankruptcy cases has

been dismissed. Dkt. Nos. [44, 45, 47].

Accordingly, the bankruptcy stay is hereby **LIFTED**, and the Clerk is

**DIRECTED** to reopen the case. The parties are **ORDERED** to meet and confer

2

and file a proposed amended scheduling order within **14 DAYS** of the entry of this Order.

    **IT IS SO ORDERED** this 8th day of June, 2026.

                        **Leigh Martin May**
                        **Chief United States District Judge**