IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAL ROSEBERRY, et al.,          :
                                   :
                                   :
                                   :
      Plaintiffs,                  :
                                   :          CIVIL ACTION NO.
                                   :          1:25-cv-01062-LMM
v.                                 :
                                   :
                                   :
STUDIO 6 DELK ROAD, LLC, et al.,   :
                                   :
                                   :
                                   :
      Defendants.                  :

## **SCHEDULING ORDER**

Upon review of the information contained in the Revised Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

Fact discovery closes October 23, 2026.

2

Expert disclosures for both parties shall be due on October 23, 2026; rebuttal expert disclosures for both parties shall be due 30 days after the deadline for expert disclosures.

Expert discovery closes 30 days after the deadline for rebuttal expert disclosures.

**IT IS SO ORDERED** this 24th day of June, 2026.

**Leigh Martin May**
**Chief United States District Judge**

2