UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAL ROSEBERRY, W.K.,
and J.T.,

      Plaintiffs,

v.

STUDIO 6 DELK ROAD, LLC;
LEXICON HOSPITALITY, LLC;
and LEXICON HOSPITALITY
INVESTMENTS, LLC,

      Defendants.

CIVIL ACTION FILE

NO. 1:25-cv-1062-LMM

## NOTICE OF INTENT TO SERVE SUBPOENAS

Pursuant to Fed. R. Civ. P. 45(a)(4), you are hereby notified that Plaintiffs, by and through their attorney, Jennifer M. Webster, intend to issue subpoenas to the following:

- The Cincinnati Insurance Company, c/o Bernie Kistler, 3740 DaVinci Court, Suite 460, Peachtree Corners, Georgia 30092; and

- The Cincinnati Specialty Underwriters Insurance Company, c/o The Subpoena Compliance Division, 6200 South Gilmore Road, Fairfield, Ohio 45014-5141.

Prior to service, a copy of the subpoena will be electronically mailed to Defendants' counsel of record.

Respectfully submitted on July 16, 2026.

ANDERSEN, TATE & CARR, P.C.


/s/ Jennifer M. Webster
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile