**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MICHAL ROSEBERRY, W.K., and J.T.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 1:25-cv-01062** |
| **STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC,** | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

The law firm of Johnson, Evans & Headrick, P.C., and attorney Daniel C. Headrick give notice of appearance on behalf of the Defendant Lexicon Hospitality, LLC in the above-captioned matter.

This 25th day of August, 2026.

Respectfully submitted,

**JOHNSON EVANS & HEADRICK, P.C.**

/s/Daniel C. Headrick
Daniel C. Headrick
Georgia Bar No. 663930
*Attorneys for Defendant, Lexicon Hospitality, LLC*

3101 Cobb Parkway SE
Suite 124
Atlanta, GA 30339

Tel: (865) 444-6352
dheadrick@je.legal

**CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Notice of Appearance*** has been prepared with one of the font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**JOHNSON EVANS & HEADRICK, P.C.**

/s/Daniel C. Headrick
Daniel C. Headrick
Georgia Bar No. 663930
*Attorneys for Defendant, Lexicon Hospitality, LLC*

3101 Cobb Parkway SE
Suite 124
Atlanta, GA 30339
Tel: (865) 444-6352
dheadrick@je.legal

**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MICHAL ROSEBERRY, W.K., and J.T.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 1:25-cv-01062** |
| **STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC,** | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing ***Notice of Appearance*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Patrick J. McDonough
Jonathan Tonge
Jennifer Webster
Rory Allen Weeks
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, GA 30097
770-822-0900
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
rweeks@atclawfirm.com

*Attorneys for Plaintiffs*

Patrick B. Moore
Sarah J. Unatin
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
404-876-2700
pmoore@wwhgd.com
sunatin@wwhgd.com

Timothy M. Blenner
Schoenthaler Law Group
3200 Windy Hill Rd., S.E.
Atlanta, GA 30339
404-855-3315
tblenner@schoenthalerlaw.com

Danielle Nicole Glover
Robert A. Luskin
Chartwell Law, LLP
3350 Riverwood Pkwy SE
Suite 1250
Atlanta, GA 30339
404-410-1151
dglover@chartwelllaw.com
rluskin@chartwelllaw.com

*Attorneys for Defendants*

This 25th day of August, 2026.

/s/Daniel C. Headrick
Daniel C. Headrick
Georgia Bar No. 663930
*Attorneys for Defendant, Lexicon Hospitality, LLC*

**JOHNSON EVANS & HEADRICK, P.C.**

3101 Cobb Parkway SE
Suite 124
Atlanta, GA 30339
Tel: (865) 444-6352
dheadrick@je.legal