**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**MICHAL ROSEBERRY, W.K., and J.T.,**

**Plaintiffs,**

**v.**

**STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC,**

**Defendants.**

**Civil Action No. 1:25-CV-01062-LMM**

**DEFENDANTS' NOTICE OF TAKING VIDEO DEPOSITION OF PLAINTIFF ROSEBERRY**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure O.C.G.A. §9-11-26 and § 9-11-30, and to the full extent permitted by all applicable rules of procedure and evidence, counsel for Defendants will take the videotaped deposition of **PLAINTIFF Michal Roseberry** on **Thursday, October 14, 2026**, beginning at **10:00 a.m.,** at the offices of ANDERSON, TATE & CARR, P.C, located at One Sugarloaf Centre, 1960 Satellite Blvd., Suite 4000, Duluth, GA 30097. The deposition will be taken under cross-examination before an officer duly authorized to administer oaths, by stenographic and videographic means, and will be taken for discovery, use at trial, and all other permissible purposes. The oral examination will continue from day to day until completed.

Respectfully submitted this 31st day of August, 2026.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

/s/ Patrick Moore

Patrick B. Moore
Georgia Bar No. 520390
Sarah J. Unatin
Georgia Bar No. 953061
*Counsel for Defendants*

3344 Peachtree Rd, N.E.
Suite 2400
Atlanta, Georgia 30326
Tel. (404) 876-2700 | Fax (404) 875-9433
Pmoore@wwhgd.com
Sunatin@wwhgd.com

**CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that the foregoing ***Defendant's Notice of Video Deposition of Plaintiff Roseberry*** was served upon all counsel of record via Statutory Electronic Service (email), addressed as follows:

*Counsel for Plaintiffs*

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
Rory Weeks
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
rweeks@atclawfirm.com

*for Lexicon Hospitality*

Daniel C. Headrick
JOHNSON EVANS & HEADRICK, P.C.
2690 Cobb Parkway SE, Ste A5-342
Smyrna, GA 30080
dheadrick@je.legal

*[Co-]Counsel for Defendants*

Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
Chrisopher Rosser
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com
crosser@schoenthalerlaw.com

Robert A. Luskin
Danielle N. Glover
THE CHARTWELL LAW OFFICES LLP
3350 Riverwood Pkwy SE, Suite 1250
Atlanta, GA 30339
rluskin@chartwelllaw.com
dglover@chartwelllaw.com

Respectfully submitted this 31st day of August, 2026.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ Patrick B. Moore
Patrick B. Moore, Esq.
Georgia State Bar No. 520390

*cc: Magna Legal Services*