**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MICHAL ROSEBERRY, W.K., and J.T.,**<br><br>**Plaintiffs,**<br>**v.**<br>**STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC,**<br><br>**Defendants.** | **Civil Action No. 1:25-CV-01062-LMM** |

**ENTRY OF APPEARANCE**

COMES NOW LISA K. WHITFIELD of the law firm Weinberg Wheeler Hudgins Gunn & Dial, LLC, and hereby notifies this Court and counsel of record of her Entry of Appearance as additional counsel of record, together with Patrick Moore and Sarah J. Unatin, on behalf of Defendants. Counsel requests that notice of all court appearances, motions, pleadings, and other filings be served on the undersigned at the following address:

Lisa K. Whitfield
Sarah J. Unatin
Patrick B. Moore
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
T: (404) 876-2700 / F: (404) 875-9433
lwhitfield@wwhgd.com
sunatin@wwhgd.com
pmoore@wwhgd.com

Respectfully submitted this 14th day of September, 2026.

WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC

/s/ *Lisa K. Whitfield*

Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061
Lisa K. Whitfield
GA Bar No. 428950
*Counsel for Defendants*

3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326
(404) 876-2700 / Fax: (404) 875-9433
lwhitfield@wwhgd.com
sunatin@wwhgd.com
pmoore@wwhgd.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MICHAL ROSEBERRY, W.K., and J.T.,**<br><br>**Plaintiffs,**<br>**v.**<br>**STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC,**<br><br>**Defendants.** | **Civil Action No. 1:25-CV-01062-LMM** |

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed and served the foregoing ***Entry of Appearance*** (of attorney Lisa K. Whitfield) in the above-captioned matter via PACER electronic filing, which will serve a copy of said filing upon all counsel of record, addressed as follows:

*Counsel for Plaintiffs*

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
Rory A. Weeks
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
rweeks@atclawfirm.com

*[Co-]Counsel for Defendants*

Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
Christopher Rosser
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com

*Counsel for HIMA Enterprises*
Daniel C. Headrick
JOHNSON EVANS & HEADRICK, P.C.
3101 Cobb Parkway SE
Suite 124
Atlanta, GA 30339
dheadrick@je.legal

Matthew J Evans
JOHNSON EVANS & HEADRICK, P. C.
900 S. Gay Street, Suite 1810
Knoxville, TN 37902
mevans@je.legal

*Counsel for Studio 6*
Robert A. Luskin
Danielle Nicole Glover
CHARTWELL LAW, LLP
3350 Riverwood Pkwy SE
Suite 1250
Atlanta, GA 30339
rluskin@chartwelllaw.com
dglover@chartwelllaw.com

This 14th day of September, 2026.

/s/ *Lisa K. Whitfield*
Lisa K. Whitfield