# Exhibit

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAL ROSEBERRY, W.K., and J.T., | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO.: |
| vs. | ) | 1:25-CV-01062-LMM |
| STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC, | ) | |
| Defendants. | ) | |

\- - -

Videotaped deposition of J.T., taken on behalf of the Defendants, pursuant to Notice, in accordance with the Federal Rules of Civil Procedure, before Louise Griffith, Certified Court Reporter, at 1960 Satellite Boulevard, One Sugarloaf Centre, Suite 4000, Duluth, Georgia, on the 9th day of September, 2026, commencing at the hour of 10:10 a.m.

---

MAGNA LEGAL SERVICES
(866)624-6221
www.MagnaLS.com

trafficked.

When did -- when did the -- I understand there was -- in your interrogatories, there identified three periods: One in 2012, the second period in 2012 and '13, and then a third period from 2015 to '16 -- sorry -- and then a fourth period from 2019 to 2021.

Does that sound about right, generally speaking?

A Yes.

Q Okay. Let's start with the first time in 2012.

Do you know what month that started?

A I remember it being cold.

Q So wintertime?

A Yes. Beginning of Thanksgiving or -- yeah. Sometime that was cold.

Q Do you remember it being during Thanksgiving or during Christmas or during New Year's or anything like that?

A No. I just remember it being cold and -- it came before the holidays. I know that.

Q Okay. Where were you living in 2012?

A Motel 6.

Q You were living there?

A Mm-hmm.
Q Before you were trafficked?
A Before I was trafficked, no. I was living in Canton.
Q Okay. That's what I'm asking about. Let's start before you were trafficked in 2012.
Where were you living?
A With my father in Canton.
Q What address is that?
A , Canton, Georgia.
Q How long had you lived at that home?
A My whole life, actually. It was from the time I was in second grade till I left there.
Q And you left there in 2012?
A Yes.
Q Okay. Was your mother around?
A She was for a little bit.
Q Did she live in that home too?
A She did in the beginning.
Q When did she move out?
A I don't exactly remember when she left my father, but I was probably 13, I think.
Q Did she stay in the Canton area?
A No.
Q Where did she go?

Q And that was when you were 15 years old?
A Yes.
Q All right. So did you work after that?
A Not at that moment. No.
Q What about when you were 16? did you work?
A I worked at McDonald's for a little bit.
Q Okay. And then I guess when you turned 17, were you working then?
A No.
Q Okay. So in 2012, you would have been 17 years old, correct?
A Correct.
Q Okay. When's your birthday?
A , 1994.
Q Okay. And you were living with your dad while you were 17 in 2012, correct?
A Correct.
Q All right. And you were not working?
A Uh-uh.
Q Did -- did your dad work?
A He did. My dad worked at the Pilgrim's Pride for 30 years.
Q Okay. Did anybody else live in the house with you and your dad?
A My younger brother.

Q And what happened then?
A I met up with him and I got pregnant.
Q How did he get you out of a bad situation?
A He talked me out of it.
Q What was the situation you were in?
A I was being trafficked again with Farrow.
Q Where?
A Atlanta.
Q What hotels?
A At first it was an apartment, then it was off Chamblee Tucker Road, a Super 8.
Q Okay. His name was Ferrall?
A Farrow.
Q Farrow.
And it was a bad situation?
A It was a situation I didn't have no business being in.
Q Why is that?
A Because it was the same situation I was always in.
Q Okay. And Ramone called you and what did you say?
A Nothing.
Q Did you tell him where you were?
A No.

Q The Sonesta Extended-Stay Suites on -- near North Point Mall.

Does that sound right?

A Yes.

Q And then the Super 8 on Chamblee Tucker Road.

Does that sound right?

A Yes. You already asked that.

Q Okay. And then the SpringHill Suites in Newnan, Georgia.

Does that sound right?

A Yes.

Q Okay. So never back at the Motel 6, though, correct?

A No.

Q Let me ask it a different way 'cause it's a double negative.

From 2019 to 2021 or '22, during that trafficking period, did any of that take place at the Motel 6?

A No.

Q Okay. Just those other hotels we went through?

A Yes.

Q Thank you.