# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAL ROSEBERRY, W.K., and J.T.,

Plaintiffs,

v.

STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC,

Defendants.

CIVIL ACTION FILE

NO. 1:25-cv-01062-LMM

**PLAINTIFF J.T.'S OBJECTIONS AND RESPONSES TO DEFENDANT STUDIO 6 DELK ROAD, LLC'S AMENDED FIRST INTERROGATORIES TO PLAINTIFF J.T.**

Plaintiff J.T. responds to Defendant Studio 6 Delk Road, LLC's Interrogatories as follows:

1.

Please state Your full legal name, date of birth, social security number, and any other name by which You have ever been known, including aliases, nicknames, maiden names, and legal name changes.

**PLAINTIFF'S RESPONSE:**

**Full Name:**

**Aliases, nicknames, maiden names, and legal name changes:**

**Sasha Swan, and**

**Date of birth: , 1994**

**Social security number:**

2.

For each occasion on which You allege that You were trafficked at the Motel 6 located at 2360 Delk Road in Marietta, Georgia (the "Motel 6"), identify when it occurred, where within the motel it occurred, who trafficked You, who else was present or trafficked at the same time, any witnesses or individuals with knowledge (including employees or agents of the Motel 6), and anyone You allege purchased sex from You.

**PLAINTIFF'S RESPONSE**: **Plaintiff objects to this Interrogatory as vague and overbroad because it asks Plaintiff to recast her entire Complaint. Plaintiff further objects in that this Interrogatory calls for information that is in the sole possession, custody, or control of Defendants or some other entity.**

**Subject to this objection and by responding not waiving it, in 2012, Plaintiff was trafficked at Defendants' hotel by Ramone Jackson. During this period, Plaintiff stayed at Defendant's hotel for two consecutive months. Although Plaintiff cannot remember the exact room number she was trafficked out of, she recalls that her room was close to the front office on the second floor.**

**In 2012, Plaintiff recalls having approximately three or four dates with**

**an African American man Plaintiff believed was affiliated with Defendant's hotel. Plaintiff does not know the identities of the other buyers who purchased her for sex at Defendant's hotel.**

**From 2015 through 2016, Plaintiff was trafficked at Defendant's hotel by a trafficker that went by the name "PM." Although Plaintiff cannot remember the exact room number she was trafficked out of, she recalls that she stayed in a room that was on the top floor of the hotel. Plaintiff was raped by Steven E. Cox at Defendants' hotel. Plaintiff does not know the identities of the other buyers who purchased her for sex at Defendant's hotel.**

**Beyond the individual who purchased Plaintiff for child sex, Plaintiff and her traffickers interacted with Defendant's employees, including housekeeping and front desk employees. Housekeepers would clean Plaintiff's room, finding trashcans full of condoms, bottles of lubricant, multiple girls in underwear or skimpy clothes, and drug needles and other paraphernalia. Housekeepers also delivered extra towels to the room.**

**Employees, including housekeepers, allowed the trafficking in rooms to continue for extra tips. And front desk employees were paid by Plaintiff's trafficker for their assistance.**

**Plaintiff further refers Defendant to her responses to these Interrogatories and the documents produced in this case.**

3.

Other than the Motel 6 referenced in Interrogatory No. 1, identify every other location where You contend You were trafficked, including when and where it occurred, who owned or controlled the location, who trafficked You, who else was involved or had knowledge (including victims, witnesses, or third parties), and whether law enforcement, a government agency, or any other person or entity became involved and, if so, their role.

**PLAINTIFF'S RESPONSE: Plaintiff objects to the Interrogatory as overly broad, unduly burdensome, and not reasonably limited in scope. And Plaintiff objects to this Interrogatory to the extent it seeks information that is not within Plaintiff's possession, custody, or control.**

**Subject to these objections and by responding not waiving them, Plaintiff recalls the following hotels at this time:**

| Location | Approx. Date | Trafficker | Other Victims / Witnesses | Other |
|---|---|---|---|---|
| **Country Hearth**<br><br>**2767 Windy Hill Road S.E., Marietta, Georgia 30067** | **2012 or 2013** | **"T"** | **N/A** | **Plaintiff cannot recall any other person or entity who became involved, beyond those already identified, at this time** |

| Location | Approx. Date | Trafficker | Other Victims / Witnesses | Other |
|---|---|---|---|---|
| **Hospitality Inn**<br><br>**2390 Delk Road S.E., Marietta, Georgia 30067** | **2012 or 2013** | **"T"** | **N/A** | **Plaintiff cannot recall any other person or entity who became involved, beyond those already identified, at this time** |
| **Days Inn**<br><br>**2191 Northwest Parkway S.E., Marietta, Georgia 30067** | **2012 or 2013** | **"T"** | **N/A** | **Plaintiff believes "T" was arrested at this hotel for an incident unrelated to her trafficking.** |
| **Residence Inn possibly located in Cobb County, Georgia** | **2012 or 2013** | **"T"** | **N/A** | **Plaintiff cannot recall any other person or entity who became involved, beyond those already identified, at this time** |
| **Extended Stay America**<br><br>**1967 Leland Drive, Marietta, Georgia 30067** | **2012 or 2013** | **"T"** | **N/A** | **Plaintiff cannot recall any other person or entity who became involved, beyond those already identified, at this time** |

| Location | Approx. Date | Trafficker | Other Victims / Witnesses | Other |
|---|---|---|---|---|
| **Red Roof Inn**<br><br>**2200 Corporate Plaza, Smyrna, Georgia** | **2012 or 2013** | **Plaintiff does not recall the name of her trafficker at this time** | **N/A** | **Plaintiff cannot recall any other person or entity who became involved, beyond those already identified, at this time** |
| **Super 8**<br><br>**2822 Chamblee Tucker Road, Atlanta, Georgia 30341** | **2019, 2020** | **Pharaoh Nafis Swann** | **N/A** | **In 2019, Plaintiff had a brief interaction with law enforcement when they asked her to stop smoking on the property.** |

| Location | Approx. Date | Trafficker | Other Victims / Witnesses | Other |
|---|---|---|---|---|
| **Sonesta ES Suites Atlanta Alpharetta North Point Mall**<br><br>**1325 North Point Drive, Alpharetta, Georgia 30022** | **2019–2021 or 2022** | **Pharaoh Nafis Swann** | **Megan and Cameo Vogul** | **Plaintiff had a brief interaction with law enforcement, who searched their hotel room due to reported activity. Nothing was found, but the two others were taken into custody on unrelated matters.** |
| **Super 8**<br><br>**2822 Chamblee Tucker Road, Atlanta, Georgia 30341** | **2019–2020** | **Pharaoh Nafis Swann** | **N/A** | **Plaintiff cannot recall any other person or entity who became involved, beyond those already identified, at this time** |
| **Springhill Suites**<br><br>**1119 Bullsboro Dr, Newnan, GA 30265** | **2020: Plaintiff was trafficked at this hotel on one occasion** | **Pharaoh Nafis Swann** | **Cameo Vogul and Plaintiff's buyer** | **Plaintiff cannot recall any other person or entity who became involved, beyond those already identified, at this time** |

4.

Do You contend that You ever engaged in any prostitution or commercial sex acts outside the context of sex trafficking as defined by 18 U.S.C. § 1591? If so, identify each such instance, including when and where it occurred, who was

involved or aware of it, and whether it was advertised, arranged, or facilitated through any platform, publication, or intermediary (and if so, provide the identifying details).

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Interrogatory on the grounds that it requests Plaintiff apply the law to facts and draw legal conclusions. Plaintiff further objects to this Interrogatory as overbroad, unduly burdensome, and not reasonably calculated to lead to the admissibility of evidence.**

**Subject to these objections and by responding not waiving them, Plaintiff has engaged in survival sex.**

5.

Identify every address or location where You have resided or stayed for any period of time, including but not limited to private residences, hotels or motels, detention facilities, group homes, shelters, treatment or transitional housing programs, and medical or mental health institutions. For each, provide the address or description, the approximate dates You stayed there, and the names of others You recall living or staying with You at the same time.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Interrogatory as unduly burdensome and imposes a burden disproportional to the needs of this case because it asks for "every address" where Plaintiff has "resided or stayed for any period of time" over three decades. And Plaintiff objects to this**

**supplement this response as required by law.**

22.

Describe all contact You had, either before or after the period of alleged trafficking, with any individual You contend participated in Your trafficking. For each such contact, provide the individual's name or alias, the approximate date, the nature of the interaction, and, if in person, the location where it occurred.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Interrogatory as overly broad, unduly burdensome, not reasonably limited in time or scope, and not reasonably calculated to lead to the discovery of admissible evidence.**

**Plaintiff had a brief encounter with Jackson in 2023. They have a son together. Other than that brief encounter in 2023, Plaintiff has had no further contact with Jackson. Plaintiff ran into PM once in 2019 at a gas station in Cobb County, Georgia. Other than that brief encounter, Plaintiff has had no further contact or communication with PM.**

**Plaintiff further refers Defendant to her responses to these Interrogatories and the documents produced in this case.**

Respectfully submitted October 14, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855

pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile