IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ROSEBERRY, W.K. and J.T.,<br><br>Plaintiffs,<br><br>v.<br><br>STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC,<br><br>Defendants. | Civil Action<br>File No.: 1:25-CV-01062-LMM |

**DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c)(1) and 5.2(d), Local Rule 79.1(B), and the protective order in this case (Doc. No. 8), Defendants Studio 6 Delk Road, LLC, Lexicon Hospitality, LLC, and Lexicon Hospitality Investments, LLC, (collectively, "Defendants"), file this Motion for Leave to file the following under seal:

1. Defendants Motion for Leave to Modify the Scheduling Order to Permit Defendants to Amend Their Answer and Defenses to Plaintiffs' Amended Complaint to Assert a Statute of Limitations Defense and Brief in Support ("Motion"); and

2. Exhibits to the Motion, as follows:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Excerpts from Plaintiff J.T.'s Deposition Transcript. |
| B | Excerpts from Plaintiff J.T.'s Objections and Responses to Defendant Studio 6 Delk Road, LLC's Amended First Interrogatories to Plaintiff J.T. |
| C | Plaintiff J.T.'s Objections and Responses to Defendant Lexicon Hospitality, LLC's First Amended Interrogatory to Plaintiff J.T., Interrogatory Numbers 1 and 4. |

Defendants request leave to file these documents under seal as they include sensitive, protected, and/or identifying information in reference to the Plaintiffs, documents, or persons identified in the protective order.

Respectfully submitted this 21st day of September, 2026.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ Lisa K. Whitfield*
Patrick B. Moore
Georgia Bar No. 520390
Lisa K. Whitfield
Georgia Bar No. 428950
Sarah J. Unatin
Georgia Bar No. 953061
*Counsel for Defendants*

3344 Peachtree Rd, N.E.
Suite 2400
Atlanta, Georgia 30326
Tel. (404) 876-2700 | Fax (404) 875-9433
Pmoore@wwhgd.com
lwhitfield@wwhgd.com
Sunatin@wwhgd.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ROSEBERRY, W.K. and J.T.,<br><br>Plaintiffs,<br><br>v.<br><br>STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC,<br><br>Defendants. | Civil Action<br>File No.: 1:25-CV-01062-LMM |

## CERTIFICATE OF COMPLIANCE

Counsel for the Defendants hereby certifies that this pleading was prepared in Times New Roman, 14 Point, in compliance with Local Rule 5.1.B.

Respectfully submitted, this 21st day of September, 2026.

*/s/ Lisa K. Whitfield*
Lisa K. Whitfield
Georgia Bar No. 428950

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ROSEBERRY, W.K. and J.T.,<br><br>Plaintiffs,<br><br>v.<br><br>STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC,<br><br>Defendants. | Civil Action<br>File No.: 1:25-CV-01062-LMM |

## CERTIFICATE OF SERVICE

This certifies I have this day served all counsel and parties of record with a copy of the foregoing by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) **or** by depositing a copy in the United States Mail, postage prepaid, as follows:

*Counsel for Plaintiffs*
Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
Rory A. Weeks
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
rweeks@atclawfirm.com

*[Co-]Counsel for Defendants*
Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
Christopher Rosser
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com

*Counsel for HIMA Enterprises*
Daniel C. Headrick
JOHNSON EVANS & HEADRICK, P.C.
3101 Cobb Parkway SE
Suite 124
Atlanta, GA 30339
dheadrick@je.legal

Matthew J Evans
JOHNSON EVANS & HEADRICK, P. C.
900 S. Gay Street, Suite 1810
Knoxville, TN 37902
mevans@je.legal

*Counsel for Studio 6*
Robert A. Luskin
Danielle Nicole Glover
CHARTWELL LAW, LLP
3350 Riverwood Pkwy SE
Suite 1250
Atlanta, GA 30339
rluskin@chartwelllaw.com
dglover@chartwelllaw.com

This 21st day of September, 2026.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ Lisa K. Whitfield*
Patrick B. Moore
Georgia Bar No. 520390
Lisa K. Whitfield
Georgia Bar No. 428950
Sarah J. Unatin
Georgia Bar No. 953061
*Counsel for Defendants*

3344 Peachtree Rd, N.E.
Suite 2400
Atlanta, Georgia 30326
Tel. (404) 876-2700 | Fax (404) 875-9433
Pmoore@wwhgd.com
lwhitfield@wwhgd.com
Sunatin@wwhgd.com