UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAL ROSEBERRY, W.K., and J.T.,

v.

STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC,

Defendants.

CIVIL ACTION FILE

NO. 1:25-cv-01062-LMM

**PROPOSED ORDER ON DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Now before this Court is Defendants' Motion to File Documents Under Seal. Defendants request leave to file the following documents under seal:

1. Defendants' Motion for Leave to Modify the Scheduling Order to Permit Defendants to Amend Their Answer and Defenses to Plaintiffs' Amended Complaint to Assert a Statute of Limitations Defense and Brief in Support ("Motion"); and
2. Exhibits to the Motion, as follows:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Excerpts from Plaintiff J.T.'s Deposition Transcript. |
| B | Excerpts from Plaintiff J.T.'s Objections and Responses to Defendant Studio 6 Delk Road, LLC's Amended First Interrogatories to Plaintiff J.T. |
| C | Plaintiff J.T.'s Objections and Responses to Defendant Lexicon Hospitality, LLC's First Amended Interrogatory to Plaintiff J.T., Interrogatory Numbers 1 and 4. |

For good cause shown, this motion is **GRANTED**. Defendants are authorized to file under seal the documents identified in Defendants' Motion.

SO ORDERED this ____ day of _______, 2026.

______________________________
LEIGH MARTIN MAY
United States District Judge