IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAL ROSEBERRY, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 1:25-cv-01062-LMM |
| v. | : | |
| STUDIO 6 DELK ROAD, LLC, et al., | : | |
| Defendants. | : | |

**ORDER**

This case is presently before the Court on Defendants' motion for leave to file matters under seal. Dkt. No. [60]. No documents having been filed under provisional seal, it is unclear what matters Defendants seek leave to file under seal. The motion is therefore **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of September, 2026.

**Leigh Martin May**
**Chief United States District Judge**