IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAL ROSEBERRY, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 1:25-cv-01062-LMM |
| v. | : | |
| STUDIO 6 DELK ROAD, LLC, et al., | : | |
| Defendants. | : | |

**ORDER**

This case is presently before the Court on Defendants' motions for leave to amend their answer to the complaint, Dkt. No. [59], and to file matters under seal. Dkt. No. [63]. Plaintiffs have not filed a response to either motion, thereby indicating that the motions are unopposed. See LR 7.1(B), NDGa.

Upon due consideration, the motions, Dkt. Nos. [59, 63], are **GRANTED**. The Clerk is **DIRECTED** to enter the proposed amended answer, Dkt. No. [59-4], onto the docket as the operative answer in this matter. The Clerk is further **DIRECTED** to place the documents filed at Docket Entry 62 under seal until further Order of the Court.

**IT IS SO ORDERED**, this 9th day of October, 2026.

**Leigh Martin May**
**Chief United States District Judge**