IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T.,<br>Plaintiffs,<br><br>v.<br><br>STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>NO. 1:25-cv-01062-LMM |

**<u>JOINT MOTION TO EXTEND DISCOVERY DEADLINE</u>**

COME NOW, Plaintiffs and Defendants (collectively, the "Parties"), and pursuant to Federal Rules of Civil Procedure 6(b), 7(b), and 16(b), and Local Rules 7.1(A) and 26.2(B), respectfully move this Court for an Order extending the discovery deadline through and including December 31, 2026, and show as follows:

1. On June 24, 2026, the Court entered a Scheduling Order establishing a discovery deadline of October 23, 2026.

2. This matter is related to two pending actions involving the same counsel and common corporate representatives and/or parent entities: *J.S. v. Travel Lodge*

*Old National, LLC et al*., Case No. 1:25-CV-01635-ELR; and *D.B. v. Travel Lodge Old National, LLC et al*, Case No. 1:25-CV-01634-AT.

3. The Parties have diligently pursued discovery in this action. They have exchanged substantial written discovery, produced documents, and conducted multiple depositions.

4. The Parties have also engaged in ongoing settlement discussions aimed at reaching a global resolution of all three related matters.

5. A deposition of Defendants' corporate representative was recently scheduled but had to be postponed due to a family emergency affecting counsel. The Parties are working cooperatively to reschedule that deposition.

6. The Parties have conferred and agree that additional time is necessary to complete the remaining discovery, including the corporate representative deposition and any related follow-up discovery.

7. Federal Rule of Civil Procedure 16(b)(4) permits modification of a scheduling order upon a showing of good cause. The Eleventh Circuit has explained that good cause exists when a deadline cannot be met despite the diligence of the party seeking the extension. *Sosa v. Airprint Sys., Inc*., 133 F.3d 1417, 1418 (11th Cir. 1998). District courts also possess "broad discretion over the management of

pretrial activities, including discovery and scheduling." Jo*hnson v. Bd. of Regents of Univ. of Ga*., 263 F.3d 1234, 1269 (11th Cir. 2001).

8. Good cause exists to extend the discovery deadline because the Parties have diligently pursued discovery, have completed substantial discovery to date, and require additional time to complete the remaining discovery due to circumstances beyond their control.

9. No party will be prejudiced by the requested extension. To the contrary, the extension will facilitate the completion of discovery, promote efficiency in the management of this action and the related cases, and may assist the Parties in their efforts to resolve these matters without further litigation.

10. This is the Parties' first request for an extension of the discovery deadline.

11. The current discovery deadlines for the related actions are December 31, 2026, and October 30, 2026, respectively. The parties in those actions have likewise agreed to seek comparable extensions to complete overlapping discovery applicable to all three cases. Extending discovery in this matter will promote consistency and judicial economy across the related actions.

WHEREFORE, the Parties respectfully request that the Court extend the discovery deadline in this matter through and including **December 31, 2026**, and grant such other and further relief as the Court deems just and proper.

This 19th day of October, 2026.

Respectfully submitted,

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
Rory A. Weeks
Georgia Bar No. 113491
Jennifer M. Webster
Georgia Bar No. 760381
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Fax: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
rweeks@atclawfirm.com
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

**SCHOENTHALER LAW GROUP, P.C.**

*/s/ Peter F. Schoenthaler*
Peter F. Schoenthaler
Georgia Bar No. 629789

Christopher Rosser
Georgia Bar No. 761317
Timothy Blenner
Georgia Bar No. 653606
270 Peachtree Street, NW, Ste 1800
Atlanta, Georgia 30303
Phone: (678) 500-7307
Fax: (678) 669-3546

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Patrick B. Moore*
Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061
3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326
Telephone: 404.876.2700
Facsimile: 404.875.9433
pmoore@wwhgd.com
sunatin@wwhgd.com
*Attorneys for Defendants*

**CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Joint Motion to Extend Discovery Deadline*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**WEINBERG, WHEELER,**
**HUDGINS, GUNN & DIAL, LLC**

*/s/ Sarah J. Unatin*
Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061

Weinberg, Wheeler,
Hudgins, Gunn & Dial, LLC
3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326
Telephone: 404.876.2700
Facsimile: 404.875.9433
pmoore@wwhgd.com
sunatin@wwhgd.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T.,<br>Plaintiffs,<br><br>v.<br><br>STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>NO. 1:25-cv-01062-LMM |

## CERTIFICATE OF SERVICE

This is to certify that I have this day, October 19, 2026, served a true and correct copy of the foregoing ***Joint Motion to Extend Discovery Deadline*** with the Clerk of Court using the CM/ECF system which will automatically send email notification to:

*Counsel for Plaintiffs*

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
Rory A. Weeks
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com

*[Co-]Counsel for Defendants*

Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
Christopher Rosser
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com

jtonge@atclawfirm.com
jwebster@atclawfirm.com
rweeks@atclawfirm.com

nwright@schoenthalerlaw.com
*[Co-]Counsel for Studio 6*
Robert A. Luskin
Danielle Nicole Glover
CHARTWELL LAW, LLP
3350 Riverwood Pkwy SE
Suite 1250
Atlanta, GA 30339
rluskin@chartwelllaw.com
dglover@chartwelllaw.com