IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY, W.K., and J.T.,<br>Plaintiffs,<br><br>v.<br><br>STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; and LEXICON HOSPITALITY INVESTMENTS, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>NO. 1:25-cv-01062-LMM |

**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

The Court, having considered the parties' Joint Motion to Extend Discovery Deadline, and for good cause shown, GRANTS the Motion.

IT IS HEREBY ORDERED that the discovery deadline is extended through and including December 31, 2026.

SO ORDERED, this 20th day of October, 2026.

Leigh Martin May

**Leigh Martin May**
Chief United States District Judge
Northern District of Georgia