**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MICHAL ROSEBERRY, W.K., and J.T.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 1:25-cv-01062** |
| **STUDIO 6 DELK ROAD, LLC; LEXICON HOSPITALITY, LLC; LEXICON HOSPITALITY INVESTMENTS, LLC,** | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

Attorney Olivia G. Adams of the law firm of Johnson Evans & Headrick, P.C. gives notice of her appearance on behalf of Defendant Lexicon Hospitality, LLC, alongside Daniel C. Headrick.

This 30th day of October, 2026.

Respectfully submitted,

**JOHNSON EVANS & HEADRICK, P.C.**

/s/Olivia G. Adams
Daniel C. Headrick
Georgia Bar No. 663930
Olivia G. Adams
Georgia Bar No. 406406
*Attorneys for Defendant Lexicon Hospitality, LLC*

3101 Cobb Parkway SE
Suite 124
Atlanta, GA 30339
Tel: (865) 444-6352
dheadrick@je.legal
oadams@je.legal

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing ***NOTICE OF APPEARANCE*** has been prepared with one of the font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**JOHNSON EVANS & HEADRICK, P.C.**

/s/Olivia G. Adams
Daniel C. Headrick
Georgia Bar No. 663930
Olivia G. Adams
Georgia Bar No. 406406
*Attorneys for Defendant Lexicon Hospitality, LLC*

3101 Cobb Parkway SE
Suite 124
Atlanta, GA 30339
Tel: (865) 444-6352
dheadrick@je.legal
oadams@je.legal

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **J.S.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC. and SAS HOTELS, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 1:25-CV-01635-ELR** |

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this day served a true and correct copy of the foregoing ***NOTICE OF APPEARANCE*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Patrick J. McDonough
Jonathan Tonge
Jennifer Webster
Rory Allen Weeks
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, GA 30097
770-822-0900
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
rweeks@atclawfirm.com

*Attorneys for Plaintiffs*

Patrick B. Moore
Sarah J. Unatin
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
404-876-2700
pmoore@wwhgd.com
sunatin@wwhgd.com

Timothy M. Blenner
Schoenthaler Law Group
3200 Windy Hill Rd., S.E.
Atlanta, GA 30339
404-855-3315
tblenner@schoenthalerlaw.com

Danielle Nicole Glover
Robert A. Luskin
Chartwell Law, LLP
3350 Riverwood Pkwy SE
Suite 1250
Atlanta, GA 30339
404-410-1151
dglover@chartwelllaw.com
rluskin@chartwelllaw.com

This 30th day of October, 2026.

/s/Olivia G. Adams
Daniel C. Headrick
Georgia Bar No. 663930
Olivia G. Adams
Georgia Bar No. 406406
*Attorneys for Defendant Lexicon Hospitality, LLC*

3101 Cobb Parkway SE
Suite 124
Atlanta, GA 30339
Tel: (865) 444-6352
dheadrick@je.legal
oadams@je.legal